

**EXHIBIT A**





**EXHIBIT A**