# EXHIBIT BB
# BERGER DEPO EXCERPTS

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3

 4

 5    THE BLACK & DECKER CORPORATION,  )
      BLACK & DECKER, INC. and         )
 6    BLACK & DECKER (U.S.), INC.,     )
                                       )
 7          Plaintiffs,                ) No. 1:11-cv-05426
                                       )
 8          vs.                        )
                                       )
 9    POSITEC USA, INC., and           )
      RW DIRECT, INC.,                 )
10                                     )
            Defendants.                )
11

12

13            Videotaped deposition of JAMES T. BERGER,

14    taken before JUNE M. FUNKHOUSER, CSR, RMR, and

15    Notary Public, pursuant to the Federal Rules of

16    Civil Procedure for the United States District

17    Courts pertaining to the taking of depositions, at

18    555 Skokie Boulevard, Suite 500, Northbrook,

19    Illinois, commencing at 9:30 a.m. on

20    February 14, 2014.

21

22

23

24

25
```

| | |
|---|---|
| 10:14:31 | 1 | other types of surveys, for example, secondary |
| 10:14:34 | 2 | meaning, if we're just talking about likelihood of |
| 10:14:38 | 3 | confusion, isn't it typically the goal to try to |
| 10:14:42 | 4 | recreate what the respondent would actually see in |
| 10:14:44 | 5 | the market? |
| 10:14:44 | 6 |         MR. CULIG:  Objection; asked and |
| 10:14:46 | 7 | answered. |
| 10:14:46 | 8 |     A    The market meaning where the products are |
| 10:14:49 | 9 | sold?  Is that what you mean? |
| 10:14:53 | 10 | BY MR. THEUERKAUF: |
| 10:14:53 | 11 |     Q    Correct. |
| 10:14:54 | 12 |     A    Not necessarily, as I answered before. |
| 10:14:56 | 13 |     Q    Okay. |
| 10:14:56 | 14 |     A    It depends. |
| 10:14:57 | 15 |     Q    Okay.  And I just want to be sure I'm |
| 10:15:00 | 16 | clear and that I understand.  So it depends -- you |
| 10:15:04 | 17 | might not try to recreate the market conditions |
| 10:15:08 | 18 | if -- can you give me an example? |
| 10:15:14 | 19 |     A    Sure.  The secondary meaning survey that |
| 10:15:16 | 20 | we did in this case.  We didn't show market |
| 10:15:19 | 21 | conditions. |
| 10:15:20 | 22 |     Q    And I guess that's -- and I apologize. |
| 10:15:22 | 23 | Maybe I wasn't clear earlier.  I was trying to |
| 10:15:24 | 24 | limit the question to likelihood of confusion |
| 10:15:27 | 25 | surveys. |

| | | |
|---|---|---|
| 10:16:37 | 1 | condition? |
| 10:16:37 | 2 | A    Well, again, we're on the same -- if you |
| 10:16:42 | 3 | have a consumer packaged good product, which is a |
| 10:16:48 | 4 | category of products, you might, might be -- it |
| 10:16:53 | 5 | might be appropriate to create the market but, |
| 10:16:57 | 6 | again, it might not be appropriate.  It might be |
| 10:17:00 | 7 | just the name. |
| 10:17:03 | 8 | I'm working on a case now where the |
| 10:17:09 | 9 | likelihood of confusion -- it's a -- working for |
| 10:17:14 | 10 | the defendant, and the likelihood of confusion is |
| 10:17:17 | 11 | the word Bella, B-e-l-l-a, and their products are |
| 10:17:25 | 12 | sold in Nordstrom and other places and the -- the |
| 10:17:29 | 13 | survey centers around simply the logo of -- the |
| 10:17:35 | 14 | logo Bella and it confuses with the other logo.  We |
| 10:17:39 | 15 | didn't show a market.  We just simply showed the |
| 10:17:42 | 16 | names. |
| 10:17:42 | 17 | When you're dealing with more |
| 10:17:44 | 18 | sophisticated business-to-business products, I |
| 10:17:49 | 19 | mean, services, how do you possibly show the |
| 10:17:53 | 20 | market?  You can't.  So, I mean, it all depends on |
| 10:17:58 | 21 | what you're trying to do and there are no general |
| 10:18:04 | 22 | rules. |
| 10:18:05 | 23 | Q    Okay.  All right.  If we could go back to |
| 10:18:46 | 24 | what is Exhibit 3, which is your likelihood of |
| 10:18:49 | 25 | confusion report in this case. |

10:18:51 1          A    Yes, sir.

10:18:54 2          Q    Can you explain to me what you were --

10:18:58 3    exactly what you were asked to do with respect to

10:19:01 4    this survey?

10:19:02 5          A    Yes, I can do that.

10:19:04 6          Q    Thank you.

10:19:05 7          A    I was given a photograph, and I was

10:19:09 8    instructed to conduct the survey based on that

10:19:15 9    photograph whether somebody -- an appropriate

10:19:20 10   member of the target market were to observe that

10:19:23 11   photograph they were asked to question -- let's see

10:19:30 12   the exact question they were asked.

10:19:35 13              One question in the survey.  "Today we

10:19:45 14   are conducting a survey focusing on power tools.

10:19:47 15   Here is a display of packaged products as you might

10:19:50 16   see them at a Home Depot or Lowe's store.  Do you

10:19:55 17   believe the products are put out by the same

10:19:58 18   company?"  That was the survey.

10:20:00 19         Q    Okay.  Other than the photograph that you

10:20:07 20   were giving -- given, were there any other

10:20:10 21   assumptions that you were asked to make in

10:20:13 22   conducting the survey?

10:20:14 23         A    No.

10:20:15 24         Q    Okay.  And if you'll turn to I think it

10:20:19 25   was maybe just the page -- no, I'm sorry.  If

| 10:20:23 | 1 | you'll go to Exhibit B of your report, and if |
| 10:20:32 | 2 | you'll turn to the page that has a photograph on |
| 10:20:34 | 3 | it. |
| 10:20:34 | 4 | A     Yes. |
| 10:20:35 | 5 | Q     Was that the photograph that you were |
| 10:20:36 | 6 | given? |
| 10:20:37 | 7 | A     Yes. |
| 10:20:38 | 8 | Q     Okay.  Was the photograph -- did you do |
| 10:20:44 | 9 | anything to the photograph before you -- |
| 10:20:47 | 10 | A     I cropped the photograph. |
| 10:20:48 | 11 | Q     You cropped it? |
| 10:20:48 | 12 | A     Because I wanted to focus on the -- the |
| 10:20:52 | 13 | two rows of products, packaged products. |
| 10:20:55 | 14 | Q     And you were asked to crop the photograph |
| 10:20:57 | 15 | or did you crop it? |
| 10:20:58 | 16 | A     I did.  I cropped it. |
| 10:20:59 | 17 | Q     Okay.  Counsel didn't ask you to crop it? |
| 10:21:01 | 18 | A     No. |
| 10:21:02 | 19 | Q     Okay.  Did you do anything else to the |
| 10:21:17 | 20 | photograph other than crop it? |
| 10:21:20 | 21 | A     I don't believe so. |
| 10:21:22 | 22 | Q     Okay.  And do you know where that |
| 10:21:25 | 23 | photograph came from? |
| 10:21:26 | 24 | A     I don't.  It was just given to me. |
| 10:21:28 | 25 | Q     Okay.  And is that photograph there on |

| Time | Line | |
|---|---|---|
| 10:22:35 | 1 | A    They saw something that looked like this |
| 10:22:38 | 2 | but I believe of better quality. |
| 10:22:40 | 3 | Q    Okay.  Do you know whether it was of a |
| 10:22:42 | 4 | better quality than this? |
| 10:22:43 | 5 | A    I really don't. |
| 10:22:44 | 6 | Q    Okay. |
| 10:22:44 | 7 | A    Well, wait a minute.  Wait a minute. |
| 10:22:46 | 8 | Yes, I do, because I was able to see the |
| 10:22:50 | 9 | protocol -- I was able to see the survey before it |
| 10:22:55 | 10 | was -- it was out, and it was a higher quality than |
| 10:22:59 | 11 | this. |
| 10:22:59 | 12 | Q    Do you have the actual survey still that |
| 10:23:02 | 13 | we can see to see the actual photograph that was |
| 10:23:04 | 14 | used? |
| 10:23:05 | 15 | A    No, I don't.  That -- you might be able |
| 10:23:14 | 16 | to get that, I don't know, from the research |
| 10:23:21 | 17 | company that did it. |
| 10:23:22 | 18 | Q    Okay.  So as we sit here right now |
| 10:23:24 | 19 | there's no actual way to know or see what the |
| 10:23:27 | 20 | survey respondents actually looked at? |
| 10:23:29 | 21 | A    As we sit here today, no. |
| 10:23:39 | 22 | Q    Okay.  So I just want to back up to what |
| 10:23:47 | 23 | you were -- what you were specifically asked to do. |
| 10:23:54 | 24 | And I don't -- I don't want to misstate your |
| 10:23:57 | 25 | testimony -- |

| | | |
|---|---|---|
| 10:23:57 | 1 | A    Of course. |
| 10:23:58 | 2 | Q    -- so if you could -- and I hate to be |
| 10:24:00 | 3 | redundant, but if you could repeat it for me again |
| 10:24:03 | 4 | what it was that you were asked to do with this |
| 10:24:05 | 5 | photograph. |
| 10:24:06 | 6 | A    I was instructed by my client to do a |
| 10:24:10 | 7 | survey based on this photograph. |
| 10:24:13 | 8 | Q    Okay. |
| 10:24:14 | 9 | A    And the survey I developed was what I was |
| 10:24:18 | 10 | instructed to do. |
| 10:24:19 | 11 | Q    Okay.  Were you instructed to ask that |
| 10:24:23 | 12 | question? |
| 10:24:24 | 13 | A    That was the question that I devised |
| 10:24:26 | 14 | myself. |
| 10:24:27 | 15 | Q    Okay.  Were you told what the goal of the |
| 10:24:30 | 16 | survey was? |
| 10:24:34 | 17 | A    The goal of the survey was to test |
| 10:24:37 | 18 | likelihood of confusion. |
| 10:24:38 | 19 | Q    Okay.  And the likelihood of confusion |
| 10:24:42 | 20 | between what? |
| 10:24:45 | 21 | A    The idea that if people saw an array of |
| 10:24:49 | 22 | products like so of all the same colors would they |
| 10:24:53 | 23 | be -- would they think that they were all coming |
| 10:24:57 | 24 | from the same source, and that's what was tested. |
| 10:25:04 | 25 | Clearly there was a Rockwell product within all the |

| | | |
|---|---|---|
| 10:25:09 | 1 | DeWalt products and was there possible confusion or |
| 10:25:15 | 2 | a likelihood of confusion when they saw products of |
| 10:25:20 | 3 | the same color, and the colors are -- are clearly |
| 10:25:26 | 4 | identical. So that was what was being tested. |
| 10:25:32 | 5 | Q And you -- |
| 10:25:33 | 6 | A The yellow and black. |
| 10:25:34 | 7 | Q Okay. And you base your testimony that |
| 10:25:40 | 8 | the colors were clearly identical on the |
| 10:25:45 | 9 | photograph? |
| 10:25:45 | 10 | A Yes. |
| 10:25:46 | 11 | Q Okay. Have you actually ever seen the |
| 10:25:48 | 12 | Rockwell packaging in person? |
| 10:25:51 | 13 | A I don't believe so. |
| 10:25:57 | 14 | Q Okay. On page 2 of your report -- |
| 10:26:13 | 15 | actually before I go there, how did -- how did |
| 10:26:19 | 16 | you -- so let me back up. |
| 10:26:22 | 17 | The task was given to you to conduct |
| 10:26:24 | 18 | this survey. How did you actually go about |
| 10:26:26 | 19 | logistically conducting this survey? |
| 10:26:29 | 20 | A Okay. When I am given a survey I |
| 10:26:33 | 21 | generally deal with a subcontractor. The one |
| 10:26:39 | 22 | that -- the one of choice I've been dealing -- I've |
| 10:26:42 | 23 | been working with this outfit for quite a long |
| 10:26:45 | 24 | time. It's called Precision Research. They're out |
| 10:26:49 | 25 | of Des Plaines, Illinois. The project manager that |

10:42:20  1       A    I don't know how they got that that way,

10:42:24  2  but okay.

10:42:27  3       Q    Can you tell me what that was intended to

10:42:29  4  say?

10:42:30  5       A    Determine if a likelihood of confusion

10:42:32  6  exists between Black & Decker Corporation's DeWalt

10:42:39  7  trade dress and Positec USA's Rockwell trade dress.

10:42:43  8       Q    Okay.  What is your understanding of

10:42:48  9  the -- of what the Black & Decker Corporation's

10:42:54  10  DeWalt trade dress is?

10:42:55  11       A    Yellow and black.

10:42:59  12       Q    And as it -- as it applies to tools?

10:43:06  13       A    Tools, packaging, and anything else

10:43:11  14  associated with DeWalt.

10:43:15  15         I'm a -- I teach marketing, you know,

10:43:20  16  at the college level, and the DeWalt story is one

10:43:25  17  of the stories that we use in the classroom.  They

10:43:28  18  took this brand and they created a line of

10:43:31  19  professional power tools, and they did it in such a

10:43:34  20  way that everything that they've done is based on

10:43:39  21  color.  They sent people out to work sites in

10:43:44  22  yellow and black automobiles and trucks and their

10:43:50  23  advertising, everything that DeWalt does is based

10:43:55  24  on that yellow and black.

10:43:57  25       Q    Okay.  And is it your understanding that

| | |
|---|---|
| 10:43:59 | 1 |
| 10:44:04 | 2 |
| 10:44:07 | 3 |
| 10:44:14 | 4 |
| 10:44:18 | 5 |

the yellow is a certain shade of yellow?

A    Yes.  There's a certain type of shade of yellow.  I mean, colors can range from pale to bright, but it's a certain it's called a PMS code, I don't know what it is, of yellow.

Q    But there's a certain DeWalt yellow?

A    Yes.

Q    Not just any yellow?

A    That is correct.

Q    Okay.  So in your mind does it matter, for example, on, let's say, a power tool itself how much of the tool is yellow and how much of it is black or vice versa?

A    The tool itself?  Only to the extent that it's identifiable.

Q    Okay.  But -- but it would have to have both colors, right, the DeWalt yellow and the black?

MR. CULIG:  Object to form.

A    I really don't know.  I mean, I'm not -- I don't know the entire line of the DeWalt power tools.  I've seen a -- I've seen many of them when I -- when I go to the -- the store, when I go to The Home Depot I see some of them, but I don't -- I can't give you an answer for all of them.

BY MR. THEUERKAUF:

10:45:31   Q    Okay.  But your understanding at least at

10:45:34   the time of this report is that the trade dress was

10:45:36   yellow and black, not just yellow; is that correct?

10:45:42   A    Yellow is the most identifiable color of

10:45:45   the two, but, yes, the -- the trade dress is yellow

10:45:49   and black.

10:45:50   Q    Okay.  What's your understanding of what

10:45:56   the -- in that first sentence again you identify

10:45:59   the Rockwell trade dress.  What's your

10:46:01   understanding of what that trade dress is?

10:46:04   A    I have seen some photos, they were in my

10:46:10   file, of the Rockwell -- of some of the Rockwell

10:46:16   products and they were -- they were colored very

10:46:22   similar to the DeWalt products.  They had a yellow

10:46:25   and black look to them.

10:46:29   Q    What products were those?

10:46:31   A    I don't exactly recall.  They were in my

10:46:34   file.  There were -- there were four or six of

10:46:41   them, I think.

10:46:42   Q    Were they the actual tools themselves?

10:46:45   A    Yes, they were.

10:46:46   Q    Okay.  Did you produce those photos in

10:46:51   the document production?

10:46:54   A    They were -- yes, they were in my file.

| | |
|---|---|
| 10:48:48 | 1 |
| 10:48:50 | 2 |
| 10:48:59 | 3 |
| 10:49:05 | 4 |
| 10:49:09 | 5 |
| 10:49:13 | 6 |
| 10:49:17 | 7 |
| 10:49:21 | 8 |
| 10:49:26 | 9 |
| 10:49:32 | 10 |
| 10:49:34 | 11 |
| 10:49:38 | 12 |
| 10:49:39 | 13 |
| 10:49:42 | 14 |
| 10:50:04 | 15 |
| 10:50:10 | 16 |
| 10:50:14 | 17 |
| 10:50:21 | 18 |
| 10:50:24 | 19 |
| 10:50:27 | 20 |
| 10:50:29 | 21 |
| 10:50:36 | 22 |
| 10:50:41 | 23 |
| 10:50:45 | 24 |
| 10:50:48 | 25 |

1    A    Yes.

2    Q    Okay.  Did you -- have you tested --

3 other than the one Rockwell package that's shown in

4 the -- the likelihood of confusion survey from your

5 report, have you tested any other Rockwell products

6 or packaging?

7    A    I don't -- I don't believe so.  I think

8 there was another likelihood of confusion study

9 that we did that we did not submit, and I don't

10 recall what we tested in that.

11    Q    Okay.  Do you recall why you didn't

12 submit that one?

13    A    No, I don't.

14    Q    In a likelihood of confusion survey for

15 color trade dress, wouldn't you agree that it --

16 that it's important that the survey participants

17 see the accurate colors of the products being

18 shown?

19    A    I would agree that accuracy is important,

20 yes.

21    Q    Okay.  Because if they're not seeing the

22 colors of the actual -- or the actual colors of the

23 products or packaging, it may skew the -- skew the

24 survey; would you agree?

25    A    It's possible, yes.

| | | |
|---|---|---|
| 10:51:04 | 1 | Q    Do you know when the -- the products -- |
| 10:51:17 | 2 | the Defendants' products that are being accused of |
| 10:51:21 | 3 | infringement, do you know when they entered the |
| 10:51:24 | 4 | market, what year? |
| 10:51:25 | 5 | A    No, I don't. |
| 10:51:26 | 6 | Q    Okay.  You have mentioned professional |
| 10:51:43 | 7 | tradesmen and the serious do-it-yourselfer as |
| 10:51:47 | 8 | the -- I guess the target? |
| 10:51:49 | 9 | A    Relevant target market. |
| 10:51:50 | 10 | Q    Okay.  And was that the relevant target |
| 10:51:53 | 11 | market for both your likelihood of confusion and |
| 10:51:56 | 12 | secondary meaning survey? |
| 10:51:57 | 13 | A    Yes. |
| 10:51:58 | 14 | Q    Okay.  And how did you -- let me ask you, |
| 10:52:01 | 15 | did you -- did you determine who the relevant |
| 10:52:03 | 16 | market should be? |
| 10:52:07 | 17 | A    In conference with my client we came to |
| 10:52:12 | 18 | that agreement. |
| 10:52:13 | 19 | Q    Okay.  And was that a conference with -- |
| 10:52:17 | 20 | with the Niro lawyers or was it with Black & |
| 10:52:20 | 21 | Decker? |
| 10:52:20 | 22 | A    With the Niro lawyers. |
| 10:52:22 | 23 | Q    Okay.  And what was -- how did you |
| 10:52:28 | 24 | determine that that was the target market? |
| 10:52:33 | 25 | MR. CULIG:  And I'm going to caution you |

```
10:54:25   1    target market?
10:54:28   2            MR. CULIG:  Objection to form.
10:54:30   3        A    Yes.
10:54:32   4    BY MR. THEUERKAUF:
10:54:32   5        Q    Okay.  And do you know how -- how it was
10:54:41   6    determined that to be a serious do-it-yourselfer
10:54:45   7    you had to own $1,000 or more of tools?
10:54:49   8            MR. CULIG:  And I'll give you the same
10:54:50   9    caution as to specific attorney work -- expert work
10:54:55  10    product.
10:54:55  11        A    Yeah, I -- I was -- that was conveyed to
10:54:58  12    me.
10:54:58  13    BY MR. THEUERKAUF:
10:54:58  14        Q    Okay.  So you don't know how $1,000 --
10:55:01  15    how it came up to be $1,000 or why it couldn't be
10:55:05  16    2,000?
10:55:06  17        A    No, I don't.
10:55:08  18        Q    Okay.  Did you consider any other target
10:55:16  19    markets in doing your studies for this case?
10:55:21  20        A    No.
10:55:23  21        Q    Okay.  What's -- what's the importance of
10:55:58  22    defining -- in your mind defining the target population?
10:56:05  23        A    That's the essential aspect of a judgment
10:56:08  24    survey, which we did.  When you're doing a judgment
10:56:11  25    survey, you define a relevant target market and you
```

| | | |
|---|---|---|
| 11:01:18 | 1 | and he uses power tools; doesn't necessarily |
| 11:01:21 | 2 | purchase them.  The serious do-it-yourselfer uses |
| 11:01:27 | 3 | the power tools and is likely to purchase more |
| 11:01:30 | 4 | power tools. |
| 11:01:31 | 5 | Q    Did -- did you do anything in this survey |
| 11:01:34 | 6 | to determine whether the do-it-yourselfers were |
| 11:01:38 | 7 | potential customers of the products being asked |
| 11:01:42 | 8 | about? |
| 11:01:42 | 9 | A    We did not ask the question do you intend |
| 11:01:45 | 10 | to purchase. |
| 11:01:47 | 11 | Q    Did you ask the question whether they |
| 11:01:49 | 12 | had -- if they had recently purchased power tools? |
| 11:01:52 | 13 | A    No, we did not. |
| 11:01:55 | 14 | Q    Is it accurate that if the -- if a |
| 11:02:27 | 15 | likelihood of confusion survey were to question |
| 11:02:29 | 16 | survey participants that would not be in the market |
| 11:02:33 | 17 | for the product that it could erroneously skew the |
| 11:02:39 | 18 | survey results? |
| 11:02:45 | 19 | A    In this case, no, it would not. |
| 11:02:48 | 20 | Q    Why is that in this case? |
| 11:02:50 | 21 | A    Because we are just -- we were just |
| 11:02:53 | 22 | interested in people who had a -- in their |
| 11:02:58 | 23 | possession power tools worth $1,000 which indicates |
| 11:03:02 | 24 | they are a serious do-it-yourselfer, and -- and |
| 11:03:08 | 25 | because of that the assumption is that they have |

11:03:17  1    purchased and will probably purchase again.

11:03:21  2         Q    But you didn't ask that question, though,

11:03:28  3    correct?

11:03:28  4         A    We did not ask the question, but we went

11:03:30  5    on that assumption.

11:03:33  6         Q    Did you also assume that all professional

11:03:47  7    tradesmen purchase their own tools?

11:03:50  8         A    No, I didn't make that assumption at all.

11:03:53  9         Q    Okay.

11:03:53  10        A    Professional tradesmen use those tools.

11:03:57  11        Q    So they may not be purchasers at all?

11:04:00  12        A    Probably are not purchasers.

11:04:02  13        Q    Okay.  And so that the professional

11:04:47  14   tradesmen that aren't likely to buy their own or to

11:04:51  15   buy the tools to make the purchasing decision, why

11:04:54  16   were they important in your survey?

11:04:57  17        A    Because they use the tools and they are

11:05:00  18   able to recognize the maker of the tools.

11:05:03  19        Q    Okay.  But those in -- so those

11:05:08  20   professional tradesmen in your survey that

11:05:11  21   responded to your survey aren't the ones likely to

11:05:14  22   make the purchasing decision; is that what you're

11:05:18  23   saying?

11:05:18  24        A    I'm saying probably not.

11:05:20  25        Q    Yeah.  Okay.

| | |
|---|---|
| 11:08:45 | 1 |
| 11:08:47 | 2 |
| 11:08:52 | 3 |
| 11:08:55 | 4 |
| 11:08:59 | 5 |
| 11:09:00 | 6 |
| 11:09:07 | 7 |
| 11:09:13 | 8 |
| 11:09:17 | 9 |
| 11:09:17 | 10 |
| 11:09:17 | 11 |
| 11:09:21 | 12 |
| 11:09:25 | 13 |
| 11:09:28 | 14 |
| 11:09:38 | 15 |
| 11:09:41 | 16 |
| 11:09:46 | 17 |
| 11:09:51 | 18 |
| 11:09:55 | 19 |
| 11:09:57 | 20 |
| 11:10:00 | 21 |
| 11:10:03 | 22 |
| 11:10:08 | 23 |
| 11:10:11 | 24 |
| 11:10:19 | 25 |

On the other hand, somebody who works for a construction company, who is on a work site, the power tools are provided by the company, so that professional workman would not be a purchaser. Okay?

So that essentially would be two aspects of the target market of -- of -- of workmen, professional workmen.

BY MR. THEUERKAUF:

Q     Are --

A     So they very well -- you see very well they might end up at a Home Depot or a Lowe's to purchase something.

Q     Are online customers, and by that I mean people that purchase over the Internet, are they part of the target population in this survey?

A     Target population are professional workmen and serious do-it-yourselfers.  Now the serious do-it-yourselfer might very well purchase over the Internet.  I don't know.  Depends on -- on what he needs.

Q     Okay.  Is it important to determine whether the target population is purchasing through stores or over the Internet?

A     In this case it's not important.  This

| | | |
|---|---|---|
| 11:10:22 | 1 | case we're simply testing whether the trade dress |
| 11:10:27 | 2 | in a photograph -- the essential question was, "Do |
| 11:10:40 | 3 | you believe that the products pictured are put out |
| 11:10:42 | 4 | by the same company?"  That's all we were trying to |
| 11:10:45 | 5 | test in this survey. |
| 11:10:46 | 6 | Q    But the -- for example, the people that |
| 11:10:49 | 7 | were, you know, the target population, for example, |
| 11:10:51 | 8 | the serious do-it-yourselfer, if they were |
| 11:10:55 | 9 | purchasing over the Internet they would never see |
| 11:10:59 | 10 | something that's, for example, shown in the |
| 11:11:03 | 11 | photograph, correct? |
| 11:11:04 | 12 | MR. CULIG:  Object to form. |
| 11:11:06 | 13 | A    I wouldn't say they would never see.  You |
| 11:11:08 | 14 | don't -- just because they purchase over the |
| 11:11:12 | 15 | Internet that doesn't mean they don't go into a |
| 11:11:14 | 16 | store. |
| 11:11:14 | 17 | BY MR. THEUERKAUF: |
| 11:11:14 | 18 | Q    Okay.  But we don't know if they were |
| 11:11:16 | 19 | going into the store to purchase this product, |
| 11:11:18 | 20 | right? |
| 11:11:19 | 21 | MR. CULIG:  Same objection. |
| 11:11:21 | 22 | A    Doesn't -- all we're showing is a |
| 11:11:24 | 23 | photograph of a display of products.  I don't know |
| 11:11:27 | 24 | whether they're going into a store or not.  I don't |
| 11:11:30 | 25 | know whether they're purchasing over the Internet. |

11:11:32  1    Doesn't matter.  All we're -- all we're testing is
11:11:34  2    a picture.
11:11:36  3    BY MR. THEUERKAUF:
11:11:41  4        Q    Do you know whether either of the parties
11:11:45  5    in this case sell products via the Internet?
11:11:49  6        A    No, we didn't test that.
11:11:53  7        Q    Well, I know you didn't test it, but do
11:11:55  8    you know whether they sell products over the
11:11:57  9    Internet?
11:11:59 10        A    I wouldn't know.
11:12:00 11        Q    Okay.
11:12:15 12            THE WITNESS:  Some more water, Joe?  My
11:12:20 13    throat gets so dry.
11:12:21 14            MR. THEUERKAUF:  Why don't we take about
11:12:22 15    a five-minute break; is that all right?
11:12:24 16            THE WITNESS:  That's good.
11:12:25 17            MR. THEUERKAUF:  All right.
11:12:25 18            THE VIDEOGRAPHER:  We'll conclude
11:12:28 19    videotape number 1 then and we'll go off the record
11:12:31 20    at 11:12 a.m.
11:12:31 21                        (Whereupon, a recess was taken
11:12:31 22                         at 11:12 a.m. and resumed at
11:12:36 23                         11:21 a.m. as follows:)
11:20:25 24            THE VIDEOGRAPHER:  We are now back on the
11:20:49 25    video record.  The time is 11:21 a.m.

| Time | Line | |
|---|---|---|
| 11:22:04 | 1 | just want to be sure I'm clear, overinclusive |
| 11:22:07 | 2 | essentially means that the target -- or that the |
| 11:22:10 | 3 | population being surveyed includes people that |
| 11:22:12 | 4 | aren't relevant to the issue being studied? |
| 11:22:14 | 5 | A     That's a good -- that's a good way of |
| 11:22:16 | 6 | putting it, yes. |
| 11:22:17 | 7 | Q     Okay.  Is it important in doing a |
| 11:22:48 | 8 | likelihood of confusion survey, for example, the |
| 11:22:54 | 9 | one done in this case, to filter out actual |
| 11:22:57 | 10 | customers of DeWalt? |
| 11:23:02 | 11 | A     No. |
| 11:23:03 | 12 | Q     And -- and I guess why do you say that? |
| 11:23:14 | 13 | A     The relevant target market in this case |
| 11:23:19 | 14 | were people who were professional workmen or |
| 11:23:22 | 15 | serious do-it-yourselfers.  It's very -- it's very |
| 11:23:26 | 16 | possible that these people either work with DeWalt |
| 11:23:30 | 17 | products or buy DeWalt products or own DeWalt |
| 11:23:33 | 18 | products. |
| 11:23:36 | 19 | Q     And because of that couldn't it bias the |
| 11:23:41 | 20 | survey results? |
| 11:23:42 | 21 | A     No. |
| 11:23:44 | 22 | Q     And why do you believe that? |
| 11:23:47 | 23 | A     DeWalt happens to have a very high market |
| 11:23:50 | 24 | share in these particular target markets, so the |
| 11:23:53 | 25 | fact that they are aware of DeWalt or because of |

11:30:09   1    of the -- of the target population.

11:30:13   2        Q    You say it's somewhat representative?

11:30:15   3        A    I guess somewhat representative, yeah.

11:30:18   4    Yes.

11:30:20   5        Q    But are there any -- any assumptions that

11:30:28   6    you make?  I mean, is that essentially the

11:30:30   7    assumption that you make is that it's somewhat

11:30:33   8    representative?

11:30:34   9        A    That's right.

11:30:42  10        Q    So in this case for both the likelihood

11:30:47  11    of confusion and secondary meaning survey did you

11:30:50  12    generalize the results from the samples to your

11:30:52  13    target population?

11:30:58  14             MR. CULIG:   Object to form.

11:31:01  15        A    I observed the results, and in my expert

11:31:10  16    opinion I surmised that the results from the survey

11:31:14  17    were the opinions or the observations of what one

11:31:26  18    would generally find in a target market.

11:31:31  19    BY MR. THEUERKAUF:

11:31:41  20        Q    Is it -- or would you agree that the --

11:31:44  21    the likelihood of confusion survey that you

11:31:46  22    conducted in this case did not test whether the

11:31:52  23    trade dress on the tools themselves caused a

11:31:56  24    likelihood of confusion?

11:31:57  25        A    Yes.

| | | |
|---|---|---|
| 11:31:58 | 1 | Q     You would agree? |
| 11:31:59 | 2 | A     We tested the packaging. |
| 11:32:01 | 3 | Q     Okay.  So based on this likelihood of |
| 11:32:13 | 4 | confusion survey, you have not expressed any |
| 11:32:20 | 5 | opinions related to any -- any tools themselves; is |
| 11:32:25 | 6 | that correct? |
| 11:32:25 | 7 | MR. CULIG:  Object to form. |
| 11:32:27 | 8 | A     That's correct.  We -- it was based on |
| 11:32:30 | 9 | the packaging. |
| 11:32:32 | 10 | BY MR. THEUERKAUF: |
| 11:32:32 | 11 | Q     Okay.  And based on this survey, is it |
| 11:32:36 | 12 | correct that you do not express any opinions |
| 11:32:41 | 13 | regarding any Rockwell packaging other than the |
| 11:32:45 | 14 | ones seen in this photograph here? |
| 11:32:47 | 15 | A     That's right. |
| 11:32:48 | 16 | Q     Okay.  And I -- and I think I've -- I |
| 11:33:14 | 17 | asked you this before, and if I did I apologize, |
| 11:33:18 | 18 | but you have not -- other than these photographs |
| 11:33:20 | 19 | you've not seen any Rockwell packaging? |
| 11:33:23 | 20 | A     That's right. |
| 11:33:25 | 21 | Q     And the one in this photograph, do you |
| 11:33:27 | 22 | believe that's the only Rockwell packaging that |
| 11:33:29 | 23 | you've seen? |
| 11:33:32 | 24 | MR. CULIG:  Object to form. |
| 11:33:34 | 25 | A     I don't -- yes, I answered that question. |

| | | |
|---|---|---|
| 11:33:38 | 1 | That's the only one I've seen. |
| 11:33:40 | 2 | BY MR. THEUERKAUF: |
| 11:33:41 | 3 | Q Okay. In this -- or in conducting a |
| 11:33:58 | 4 | likelihood of confusion survey similar to what |
| 11:34:01 | 5 | you've done here, does the designs and images on |
| 11:34:10 | 6 | the packaging have an effect on the survey in |
| 11:34:17 | 7 | addition to the colors? |
| 11:34:20 | 8 | MR. CULIG: Object to form. |
| 11:34:21 | 9 | A I didn't test that. |
| 11:34:26 | 10 | BY MR. THEUERKAUF: |
| 11:34:26 | 11 | Q Okay. So you -- you didn't test whether |
| 11:34:30 | 12 | or not the images and text and other designs on the |
| 11:34:34 | 13 | packaging have an effect on the survey? |
| 11:34:37 | 14 | A No, I didn't. I didn't test that. |
| 11:34:40 | 15 | Q Okay. And so let's say, for example, in |
| 11:34:46 | 16 | this photograph if -- on the Rockwell packaging if |
| 11:34:55 | 17 | that was a drill instead of a saw, could that have |
| 11:34:59 | 18 | a different -- could that have an impact on the |
| 11:35:02 | 19 | survey results? |
| 11:35:03 | 20 | A I don't know. |
| 11:35:04 | 21 | Q And you don't know because you didn't |
| 11:35:06 | 22 | test it? |
| 11:35:06 | 23 | A Didn't test it. |
| 11:35:10 | 24 | Q Do you know who took this photograph? |
| 11:35:33 | 25 | A No, I don't. |

11:35:34  1      Q    Okay.  And do you know whether the
11:35:39  2   products as shown in that photograph were staged
11:35:45  3   that way for the photograph?
11:35:47  4      A    I don't know.
11:35:47  5      Q    I'm sorry?
11:35:48  6      A    I don't know.
11:35:52  7      Q    Was there a reason that in using this
11:36:10  8   photograph that you showed the survey
11:36:21  9   respondents -- well, and let me back up.
11:36:23  10         It looks like there's -- looks like
11:36:26  11  there's 10 different DeWalt products in that
11:36:32  12  picture, correct?
11:36:34  13         MR. CULIG:  Object to form.
11:36:40  14     A    I believe so, yes.
11:36:41  15  BY MR. THEUERKAUF:
11:36:41  16     Q    And then there's the one Rockwell
11:36:46  17  product, correct?
11:36:47  18     A    That's right.
11:36:47  19     Q    Okay.  Is there a reason why you showed
11:36:49  20  the survey respondents 10 DeWalt products and one
11:36:53  21  Rockwell product?
11:36:53  22     A    That was the picture.
11:36:54  23     Q    Okay.
11:36:55  24     A    I was just instructed to use the picture.
11:36:57  25     Q    Okay.  But you did crop the picture,

| | | |
|---|---|---|
| 12:43:17 | 1 | A    Okay? |
| 12:43:19 | 2 | Q    Did you run a control group for this |
| 12:43:22 | 3 | likelihood of confusion survey? |
| 12:43:23 | 4 | A    Not necessary because it's an |
| 12:43:25 | 5 | observational research. |
| 12:43:28 | 6 | MR. CULIG:  Mr. Berger, again please let |
| 12:43:30 | 7 | him answer -- finish his question. |
| 12:43:32 | 8 | THE WITNESS:  I'm sorry.  I thought he |
| 12:43:34 | 9 | did.  I thought he had finished his question. |
| 12:43:39 | 10 | BY MR. THEUERKAUF: |
| 12:43:39 | 11 | Q    So it's your opinion that control groups |
| 12:43:45 | 12 | aren't necessary for observational research? |
| 12:43:48 | 13 | A    That's correct, where you're testing an |
| 12:43:51 | 14 | association.  If it was causal, then you would use |
| 12:43:58 | 15 | a control group. |
| 12:43:59 | 16 | Q    But couldn't the association that people |
| 12:44:01 | 17 | are applying be for reasons other than what you're |
| 12:44:04 | 18 | testing for; for example, the trade dress? |
| 12:44:11 | 19 | MR. CULIG:  Objection to form. |
| 12:44:12 | 20 | A    In this case we just had them observe the |
| 12:44:15 | 21 | picture and asked a question based on the |
| 12:44:18 | 22 | observation. |
| 12:44:18 | 23 | BY MR. THEUERKAUF: |
| 12:44:19 | 24 | Q    Okay.  But my question is, I mean, |
| 12:44:21 | 25 | couldn't -- couldn't the reason for association be |

12:47:55　1　do you mean by causality?

12:47:57　2　　　　A　　Like the pill makes you -- the pill makes

12:47:59　3　you feel better or something.

12:48:01　4　　　　Q　　Okay.　So you are not in this survey

12:48:03　5　trying to determine whether the trade dress caused

12:48:06　6　the confusion?

12:48:08　7　　　　A　　No.　I was simply -- in this survey there

12:48:12　8　was no causality.　It was simply observation.　You

12:48:16　9　look at the picture and then you ask the question.

12:48:18　10　　　　Q　　Okay.

12:48:19　11　　　　A　　You didn't ask any causality.

12:48:22　12　　　　Q　　Okay.　So you weren't asking what caused

12:48:24　13　the association; is that correct?

12:48:25　14　　　　A　　We didn't ask that.

12:48:27　15　　　　Q　　Okay.　So I'm just -- am I correct then,

12:48:32　16　I mean, that the survey is not asking then the

12:48:36　17　respondent's -- or it's not trying to determine the

12:48:39　18　cause of why the respondents are answering yes or

12:48:46　19　no?

12:48:46　20　　　　A　　The main part of the survey is to observe

12:48:48　21　a photo and based on the observation do you think

12:48:52　22　it was put out by the same company.

12:48:54　23　　　　Q　　And the cause is not determined?

12:48:57　24　　　　A　　The why -- the why is simply a verbatim

12:49:00　25　answer that really has very little to do with what

| | | |
|---|---|---|
| 12:51:01 | 1 | A Within the array would be the two |
| 12:51:03 | 2 | products. |
| 12:51:04 | 3 | Q Okay. What -- the survey that you |
| 12:51:12 | 4 | conducted in this case for likelihood of confusion, |
| 12:51:15 | 5 | was that done using Squirt methodology? |
| 12:51:18 | 6 | A No. |
| 12:51:18 | 7 | Q Okay. |
| 12:51:19 | 8 | A Simply observation -- observing a photo. |
| 12:51:23 | 9 | Q Okay. Have you heard of is it Eveready? |
| 12:51:30 | 10 | A Eveready, yeah. |
| 12:51:31 | 11 | Q Can you explain to me what that |
| 12:51:33 | 12 | methodology is? |
| 12:51:34 | 13 | A The Eveready is you show one product and |
| 12:51:41 | 14 | you ask essentially who puts it out. Maybe you |
| 12:51:50 | 15 | take the -- maybe you take the writing off the -- |
| 12:51:54 | 16 | the brand writing off of it and you ask who puts it |
| 12:51:57 | 17 | out. |
| 12:51:57 | 18 | Q Am I correct that you didn't use the |
| 12:52:00 | 19 | Eveready methodology in this case? |
| 12:52:02 | 20 | A No, I did not. |
| 12:52:04 | 21 | Q Just to -- real quick back on the control |
| 12:52:40 | 22 | group, is the term control cell the same thing as a |
| 12:52:45 | 23 | control group? |
| 12:52:46 | 24 | A I suppose -- I suppose it would -- might |
| 12:52:50 | 25 | be. I've never really heard that terminology |

```
12:55:52   1    studies we did in this case.
12:55:54   2         Q    Okay.  And at the time of your initial
12:56:01   3    engagement was it requested that you do the
12:56:04   4    secondary meaning survey along with the likelihood
12:56:06   5    of confusion survey?
12:56:07   6         A    Yes, I was directed to do that.
12:56:09   7         Q    Okay.
12:56:10   8         A    Instructed to do that.
12:56:12   9         Q    Did you do the secondary meaning survey
12:56:16  10    at the same time that you did the likelihood of
12:56:17  11    confusion survey?
12:56:19  12         A    I believe so.
12:56:20  13         Q    Okay.  So just so I can make the record
12:56:27  14    clear because this report I think was also
12:56:28  15    submitted on November 26, 2013, but were these
12:56:31  16    surveys and analysis done a year prior to that?
12:56:36  17         A    I can see when it was dated.
12:56:43  18              It was dated November 14th, 2012.
12:56:45  19         Q    Okay.
12:56:46  20         A    Page 11.
12:56:47  21         Q    Yeah.  Okay.
12:56:50  22              And what was your goal with respect to
12:56:57  23    this survey or these two surveys I should say?
12:57:01  24         A    "This double-blind survey, which was
12:57:18  25    given over the Internet, was designed to test
```

| | |
|---|---|
| 12:57:20 | 1 |
| 12:57:24 | 2 |
| 12:57:26 | 3 |
| 12:57:30 | 4 |
| 12:57:32 | 5 |
| 12:57:36 | 6 |
| 12:57:39 | 7 |
| 12:57:46 | 8 |
| 12:57:50 | 9 |
| 12:57:52 | 10 |
| 12:57:57 | 11 |
| 12:58:03 | 12 |
| 12:58:08 | 13 |
| 12:58:12 | 14 |
| 12:58:14 | 15 |
| 12:58:18 | 16 |
| 12:58:22 | 17 |
| 12:58:24 | 18 |
| 12:58:27 | 19 |
| 12:58:31 | 20 |
| 12:58:31 | 21 |
| 12:58:34 | 22 |
| 12:58:36 | 23 |
| 12:58:39 | 24 |
| 12:58:39 | 25 |

whether DeWalt's distinctive yellow and black trade dress has achieved secondary meaning in that a large portion of buyers in the marketplace perceive that power tools with a black and yellow trade dress come from a single source." That was the goal at page 6.

Q     Okay. And so why in this instance did you -- did you conduct two separate secondary meaning surveys?

A     One was to use the photo of a product that had black and -- black and yellow, and the other was to describe black and yellow in the marketplace, just the -- just the description, the verbal description black and yellow.

Q     Okay. And why did you do that?

A     Well, in putting it together I felt that that was the best way of doing it. Two different surveys would do it, one where you actually show the product and the second when you describe what the product looked like.

Q     And --

A     Or was packaged as.

Q     -- why did you believe that was the best way?

A     My expert opinion I believed it was the

| | |
|---|---|
| 13:00:06 | 1 |
| 13:00:09 | 2 |
| 13:00:19 | 3 |
| 13:00:22 | 4 |
| 13:00:23 | 5 |
| 13:00:30 | 6 |
| 13:00:37 | 7 |
| 13:00:38 | 8 |
| 13:00:45 | 9 |
| 13:01:00 | 10 |
| 13:01:04 | 11 |
| 13:01:05 | 12 |
| 13:01:13 | 13 |
| 13:01:21 | 14 |
| 13:01:22 | 15 |
| 13:01:24 | 16 |
| 13:01:28 | 17 |
| 13:01:29 | 18 |
| 13:01:30 | 19 |
| 13:01:33 | 20 |
| 13:01:35 | 21 |
| 13:01:36 | 22 |
| 13:01:40 | 23 |
| 13:01:42 | 24 |
| 13:01:44 | 25 |

and the packaging, people would tend to recall
that.  And in this case it proved to be extremely
an effective way of doing it.  People did recall
it.

        Q    Okay.  The picture -- in the first
secondary meaning survey the picture is of a saw,
correct?

        A    It's in the -- we can look at it or we
can look at a depiction of it in -- there it is.
Page -- doesn't have a page.  It's a picture of a
saw, yeah.

        Q    Is it in Exhibit B of your report?

        A    Yes, it is.

        Q    Okay.

        A    Third -- third page of Exhibit B.

        Q    Okay.  And was that a photograph that was
supplied to you?

        A    Yes.

        Q    Okay.  And who supplied that photograph
to you?

        A    My client.

        Q    Okay.  Did the Niro firm send it to you
or did Black & Decker send it to you?

        A    Niro firm.

        Q    Okay.  In either one of these secondary

13:01:50   1    meaning surveys did you include either a

13:01:56   2    description or a photograph of packaging?

13:02:00   3        A    No, I didn't.

13:02:01   4        Q    Okay.

13:02:10   5        A    Excuse me. In the second survey it very

13:02:17   6    well could be construed as packaging. What did we

13:02:22   7    ask in the second survey?

13:02:27   8            We asked, "If you were shopping at a

13:03:05   9    Home Depot, Lowe's or some other retailer that

13:03:07 10    sells power tools and you saw a power tool that was

13:03:11 11    yellow and black, would you have a belief as to who

13:03:14 12    or what company makes or manufactures it?"

13:03:19 13            Well, if you were at a Home Depot and

13:03:22 14    you saw it you might very well have seen the

13:03:25 15    packaging that was yellow and black if you're at

13:03:28 16    that store. So you could have seen the tool or you

13:03:31 17    could have seen the packaging.

13:03:32 18        Q    But your question says the power tool,

13:03:35 19    correct?

13:03:35 20        A    The question says the power tool, yeah.

13:03:38 21        Q    Okay. And it doesn't say power tool

13:03:40 22    packaging, correct?

13:03:42 23        A    No, but it could be construed as that.

13:03:44 24    It's possible because you see packaging when you go

13:03:46 25    in the store as obviously as you see the -- in

| 13:03:49 | 1 | Exhibit 1 -- I mean in the first survey.  So but, |
| 13:03:52 | 2 | you know, I think literally it says if you saw the |
| 13:03:57 | 3 | tool then it means you saw the tool. |
| 13:03:59 | 4 | Q    Right.  Correct. |
| 13:04:01 | 5 | In your report, in your secondary |
| 13:04:09 | 6 | meaning report, have you made any conclusions as to |
| 13:04:15 | 7 | whether or not there's secondary meaning for |
| 13:04:17 | 8 | packaging? |
| 13:04:19 | 9 | A    No. |
| 13:04:20 | 10 | Q    Okay.  If you'll turn to page 7, please. |
| 13:04:48 | 11 | Under the qualifications down there in |
| 13:04:51 | 12 | paragraph 10 it says had to be 18, had to be age 18 |
| 13:04:55 | 13 | or over, had to be a professional tradesman or |
| 13:04:58 | 14 | serious do-it-yourselfer, which we defined as owned |
| 13:05:03 | 15 | more than 1,000 worth of power tools.  Do you see |
| 13:05:05 | 16 | that? |
| 13:05:05 | 17 | A    Yes. |
| 13:05:06 | 18 | Q    So is it accurate that they have to meet |
| 13:05:08 | 19 | both of those, that they have to be both? |
| 13:05:11 | 20 | A    No. |
| 13:05:11 | 21 | Q    Meaning that they have to be 18 or over |
| 13:05:14 | 22 | and a professional tradesman or a do-it-yourselfer? |
| 13:05:18 | 23 | A    That's right. |
| 13:05:18 | 24 | Q    Okay.  In your secondary -- let me ask |
| 13:05:44 | 25 | you this.  In doing surveys like this are you |

| | | |
|---|---|---|
| 14:20:26 | 1 | those? |
| 14:20:28 | 2 | A    I just don't have them.  They would have |
| 14:20:31 | 3 | been in -- if I had kept them they would have been |
| 14:20:34 | 4 | in my file, but I don't have anything in it. |
| 14:20:42 | 5 | Q    Would you have destroyed them after this |
| 14:20:44 | 6 | survey? |
| 14:20:45 | 7 | A    I don't know.  I don't know if I would |
| 14:20:47 | 8 | have destroyed.  I moved my office and a lot of |
| 14:20:51 | 9 | things didn't move with me, so that might have |
| 14:20:55 | 10 | fallen through the cracks somehow. |
| 14:20:58 | 11 | Q    This type of survey -- well, the protocol |
| 14:21:13 | 12 | used in this survey's much different than the |
| 14:21:16 | 13 | likelihood of confusion survey that you submitted, |
| 14:21:19 | 14 | correct? |
| 14:21:20 | 15 | A    That's right. |
| 14:21:22 | 16 | Q    Is -- in Exhibit 13 is the protocol |
| 14:21:29 | 17 | consistent with the Squirt methodology? |
| 14:21:32 | 18 | A    Yes. |
| 14:21:41 | 19 | Q    Let me ask you one question before I -- |
| 14:21:43 | 20 | before I forget.  I've been meaning to ask you this |
| 14:21:46 | 21 | for some time, and that is on these surveys where |
| 14:21:49 | 22 | we're dealing with trade dress and colors is it |
| 14:21:57 | 23 | important to determine whether any of the survey |
| 14:21:59 | 24 | respondents are color-blind? |
| 14:22:02 | 25 | MR. CULIG:  Object to form. |

| | | |
|---|---|---|
| 14:22:05 | 1 | A    I don't know what the percentages of |
| 14:22:07 | 2 | color-blind people there are, but I never -- I |
| 14:22:12 | 3 | never did that in a survey. |
| 14:22:14 | 4 | BY MR. THEUERKAUF: |
| 14:22:14 | 5 | Q    You've never tried to determine whether |
| 14:22:16 | 6 | people -- |
| 14:22:16 | 7 | A    To determine whether they're color-blind |
| 14:22:18 | 8 | or not. |
| 14:22:20 | 9 | Q    In these surveys, though, I've noticed |
| 14:22:35 | 10 | you -- you asked the question whether the survey |
| 14:22:38 | 11 | respondents require eyeglasses? |
| 14:22:40 | 12 | A    That's right. |
| 14:22:41 | 13 | Q    And why do you do that? |
| 14:22:42 | 14 | A    Well, they have to be able to see the |
| 14:22:44 | 15 | screen. |
| 14:22:44 | 16 | Q    Okay.  And isn't it true that you'd want |
| 14:22:48 | 17 | the individuals to be able to see the colors as |
| 14:22:50 | 18 | well? |
| 14:22:53 | 19 | A    I'm mainly interested in being able to |
| 14:22:57 | 20 | see the questions. |
| 14:22:57 | 21 | Q    And not necessarily the colors in the |
| 14:22:59 | 22 | photographs? |
| 14:23:00 | 23 | A    Well, whatever is being presented I want |
| 14:23:03 | 24 | them to be able to see it. |
| 14:23:05 | 25 | Q    Okay.  So in these likelihood of |

| | | |
|---|---|---|
| 14:23:06 | 1 | confusion surveys dealing with trade dress -- |
| 14:23:09 | 2 |     A    And colors. |
| 14:23:10 | 3 |     Q    -- you'd want them to be able to see the |
| 14:23:12 | 4 | colors? |
| 14:23:13 | 5 |     A    I want them to be able to see what's |
| 14:23:15 | 6 | being presented on the screen, yeah.  Colors and |
| 14:23:18 | 7 | text. |
| 14:24:03 | 8 |     MR. THEUERKAUF:  Exhibit 14. |
| 14:24:03 | 9 |     (Whereupon the document was |
| 14:24:03 | 10 |     marked Berger Exhibit 14 for |
| 14:24:03 | 11 |     identification as of |
| 14:24:04 | 12 |     02/14/2014.) |
| 14:24:04 | 13 | BY MR. THEUERKAUF: |
| 14:24:05 | 14 |     Q    If you could take a look at Exhibit 14 |
| 14:24:07 | 15 | for me, please.  Tell me if you recognize that |
| 14:24:15 | 16 | document. |
| 14:24:27 | 17 |     I'll note for the record that it's |
| 14:24:29 | 18 | BD030866 through 30885. |
| 14:24:47 | 19 |     A    I really don't recognize this document. |
| 14:24:54 | 20 |     Q    Okay.  Do you know if it's the -- the |
| 14:24:58 | 21 | results or the -- yeah, the results to the survey |
| 14:25:06 | 22 | that was Exhibit 13? |
| 14:25:08 | 23 |     MR. CULIG:  Objection; foundation. |
| 14:25:25 | 24 |     A    It very well could have been, yes. |
| | 25 | |

| | |
|---|---|
| 15:45:19 | 1 |
| 15:45:19 | 2 |
| 15:45:20 | 3 |
| 15:45:22 | 4 |
| 15:45:37 | 5 |
| 15:45:43 | 6 |
| 15:45:45 | 7 |
| 15:45:48 | 8 |
| 15:45:51 | 9 |
| 15:45:53 | 10 |
| 15:45:55 | 11 |
| 15:45:59 | 12 |
| 15:46:05 | 13 |
| 15:46:08 | 14 |
| 15:46:12 | 15 |
| 15:46:16 | 16 |
| 15:46:17 | 17 |
| 15:46:20 | 18 |
| 15:46:24 | 19 |
| 15:46:28 | 20 |
| 15:46:31 | 21 |
| 15:46:35 | 22 |
| 15:46:38 | 23 |
| 15:46:41 | 24 |
| 15:46:45 | 25 |

BY MR. THEUERKAUF:

    Q    Okay.

    A    In this picture.

    Q    Okay.  And different shades of colors in a photograph such as this one -- well, if we presented this same photograph with different shades of those same colors -- or different shades of those colors, could that affect the results of the likelihood of confusion survey?

        MR. CULIG:  Object to form.

    A    Well, I -- all I can say is what we presented in the survey was what I -- and again, this is -- this is not a very good print and it is not a -- not the -- not the picture that I first saw when I was brought into this case.

BY MR. THEUERKAUF:

    Q    But would you agree if the shading of the colors changes or if the shading of the colors was different that it could change the survey results?

        MR. CULIG:  Same objection.

    A    In looking at this picture I'm seeing that a number of the products are -- depending on where they are in the light from the light that was used to take the picture, that's where the -- the different colors take place.