# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BLACK & DECKER CORPORATION, BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> POSITEC USA INC. and RW DIRECT, INC. <br><br> Defendants. | Case No. 1:11-cv-05426 <br><br> Judge Robert M. Dow, Jr. <br> Magistrate-Judge Geraldine Soat Brown |

# Report of James T. Berger

## Re:  The Black & Decker Corporation et al v. Positec USA Inc.

## Report #1 – Likelihood of Confusion

# Report of James T. Berger

## Re:  The Black & Decker Corporation et al v. Positec USA Inc.

## Report #1 – Likelihood of Confusion

## I.      Introduction

1.      This report focuses on a scientific research study conducted to determine if a likelihood of Black & Decker Corporation's De Walt trade dress and Positec USA Inc.'s Rockwell  tradedress. The purpose of the study was to determine is such confusion exists  by surveying a relevant universe of 200 individuals via an Internet survey.  This report includes the research hypothesis, research design, official survey protocols and results of the survey.

## II.     Personal Background

2.      <u>Present Activities.</u> I am currently a faculty member at Roosevelt University.  I am also Principal of James T. Berger/Market Strategies, a strategic marketing communications and consulting firm.   At Roosevelt University's Walter E. Heller College of Business Administration, I currently teach courses in Advertising, Consumer Behavior, Personal Selling and Sales Management, Global Marketing, Marketing Management, and Marketing in Theory and Practice.  I have previously taught graduate and undergraduate marketing related courses at DePaul University and  Loyola University, and Northwestern University's Kellogg Graduate School of Management.  In

addition, I have taught undergraduate courses at Northwestern University's School of Continuing Studies, The University of Illinois at Chicago, and The Lake Forest Graduate School of Management. In November 2011, Oxford University Press published a book that I co-authored with R. Mark Halligan of the law firm of Nixon Peabody entitled ***Trademark Surveys: A Litigator's Guide***. In addition I have authored many articles dealing with marketing and other business related issues. A copy of my curriculum vitae, summary of my teaching experience, publications list, billing rate and testimony experience, are attached to this report as **EXHIBIT A**.

3.  Education. I received a Master's Degree in Business Administration in 1978 from the University of Chicago Graduate School of Business, with concentrations in marketing and finance. I also received a Master of Science Degree in Journalism from Northwestern University's Medill School of Journalism in 1965, with concentrations in the news and editorial sequence, and a Bachelor of Arts Degree with a major in journalism from the University of Michigan in 1964.

4.  Prior Experience. I have previously worked as an Account Supervisor for two Downtown Chicago advertising agencies, as Vice President and Director of Public Relations for another Chicago advertising agency, and as Account Supervisor for two major Chicago public relations agencies. I have had my own marketing communications consulting practice for more than 20 years, and have been involved in marketing consulting and survey work for law firms for nearly 10 years.

5.    <u>Market Research/Trademark Experience.</u>  I have extensive market research experience, including quantitative and qualitative survey research, and have performed both in-person, telephone, and Internet-based interviewing in various industries with respect to brands and trademarks.  I have also designed and coordinated market research programs, including drafting questionnaires, performing and supervising personal interviews, organizing focus groups, tabulating and evaluating data, and preparing research reports. I have delivered continuing legal education programs entitled "Intellectual Property Surveys: Best Practices" twice before the Chicago Bar Association, twice before the Milwaukee Bar Association, before the St. Louis Bar Association, and before the Texas Bar Association.  In addition, I was a presenter at a session in March 2003, before the Minnesota State Bar Association entitled "The Effective Use of Survey Experts and Evidence in Trademark Cases."  Furthermore, I have authored 14 articles on intellectual property and trademark/secondary meaning surveys for  INTELLECTUAL PROPERTY TODAY Magazine: (1) "10 Frequently Asked Questions About Intellectual Property Surveys," which appeared in the August 2003 issue; (2) "Swimming in Shark-Infested Waters," which appeared in the June 2004 issue; (3) "Creativity Key to Executing Toughest IP Survey Projects," which appeared in the July 2005 issue; (4) "What IP Attorneys Should Know About Expectations and Costs for Survey Research," which appeared in the April 2006 issue; (5) "10 Easy Ways to Blow Away A Survey," which appeared in the January 2007 issue; (6) "The Power and Perils of Internet Surveys," which

appeared in the August 2007 issue; (7) "How to Do an IP Survey Without Giving Away the Store," which appeared in the April 2008 issue; (8) "New Challenges to the IP Survey Process," which appeared in the July 2009 issue; (9) "Introducing the Internet/Telephone 'Hybrid' Survey," which appeared in the July 2010 issue; (10) "When NOT To Do An Intellectual Property Survey," which appeared in the November 2010 issue; (11) "A New Survey Protocol for Proving/Disproving Design Patent Infringement," which appeared in the April 2011 issue; (12) "How to Apply Theory of Probability to Decision of Whether to Do an I.P. Survey," which appeared in the February 2011 issue; (13) "The Descriptive/Suggestive Conundrum in Trademark Surveys," which appeared in the November 2011 issue; and (14) "The Pre-Litigation Pilot Trademark Survey," which appeared in the March 2012 issue. I also do extensive freelance writing for magazines and other publications on a variety of business-related topics including marketing, marketing communications and trademarks. Early in my career, I worked as Account Executive and later Account Supervisor at The Public Relations Board, Inc. Chicago. In this capacity, I developed a number of surveys and was responsible for compiling the MUSIC U.S.A., an annual compilation of statistical data of the music industry and music participation in the United States.

6. <u>Trademark Testifying Experience.</u> I have testified as an expert in strategic marketing, marketing communications and intellectual property surveys with respect to brands and trademarks. Over the last 10 years, I was retained as an expert in more than 60 lawsuits. In many of those lawsuits, the issue was

some form of trademark or trade dress infringement, and/or whether a trademark had achieved secondary meaning. In addition, I have been retained as an expert in cases involving efforts to prove or disprove whether names were generic, descriptive, or suggestive. In many of those lawsuits, I have given deposition and/or trial testimony.

## III.  Retention

7.  I was retained in this matter by Niro, Haller and Niro on behalf of the plaintiff. I am not related to any owner, employee, or affiliate of Black & Decker Corp. I do not have any financial interest in this case other than my hourly fees. My compensation is not contingent upon the outcome of the case.

## IV.  Hypothesis and Rationale

8.  This double-blind survey, which was given over the Internet, was designed to test whether there exists a likelihood of confusion between De Walt's distinctive yellow and black trade dress and Rockwell brand products that make use of similar yellow and black trade dress. The scientific survey seeks to test if the defendant's trade dress is likely to cause confusion or mistake or deception with the use of the trade dress by De Walt. A relevant sample was created by questioning people who were either professional tradespeople or "serious Do-It-Yourselfers," defined as owning $1,000 or more worth of power tools.

## V.  Research Design

9.  The survey was given to 200 individuals over 18 years of age. The survey questionnaire can be found in **EXHIBIT B**. There was no gender or

geographic quotas or restrictions.  Once screened and qualified, the respondent was shown a photograph of two shelves in a retail store.  All the products depicted in the photo were De Walt products except one, which was a Rockwell product.  The photo was taken at an actual retail store.

10.     Prospective survey respondents were randomly selected by e-Rewards®, Inc., a leading Internet research organization.  Based in Plano, TX, e-Rewards, according to its Website, "*is the global leader in permission-based digital data collection and reporting, headquartered in Plano, Texas.  With over 1,200 employees worldwide, the company operates through its business units Research Now, e-Miles, Peanut Labs, Conversition Strategies and iPinion, LLC."* To qualify the prospective respondent had to fulfill the following qualifications:

o   Had to be age 18 or over.

o   Had to be a professional tradesman or serious Do-It-Yourselfer, which we defined as owned more than $1,000 worth of power tools.

o   Could not have anyone in their household who works for an advertising agency, market research firm or any business involved in the sale of power tools.

o   Was wearing eyeglasses, if needed, to view the computer screen.

## VI.    The Interview Process

11.     The survey asked one question:

Today, we are conducting a survey focusing on power tools.  Here is a display of packaged products as you might see them at a Home Depot of

Lowe's store.  Do you believe the products are put out by the same

company?   If the respondent  answered YES, he/she was asked WHY?

## VII.    Survey Results

12.    The tabulations can be found in **EXHIBIT C**. following is a summary of the

survey results.

95 (or 47%) respondents said they believed all the product pictured were put

out by the same company.

## VII.    Verbatim  Answers

13.    The report also includes coded verbatim answers from respondents who

believed they were not put out by the same company.

## VIII.    Validation

14.    In scientific surveys such as this one, to ensure that people who said they

participated in the survey actually participated, an independent research

company is often retained to validate the survey.  The validation process

includes taking a representative sample of those who completed the survey,

re-contacting them, and verifying their participation.  In this survey, Suburban

Market Research, Inc., of Wayne, N.J., used a file of 74 participants in the

study.  They made at least two attempts to contact each participant who

provided her name and phone number.  In all, they were able to reach 42

participants.  Some 90.5% of those reached validated their participation in the

survey, according to the validation report (attached as **EXHIBIT D**).  The one

person who did not validate correctly was removed prior to tabulating results.

Cindy Conklin, Manager of Suburban Market Research, wrote that "We are satisfied that the research was conducted as instructed."

## IX.    Conclusions and Opinions

15.    The results of this survey clearly indicate confusion between the trade dress for De Walt and Rockwell. In my opinion, Rockwell's use of a trade dress similar to that of De Walt is causing a likelihood of confusion in the power tool marketplace.

*James T. Berger*

November 14, 2012

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 26, 2013 the foregoing REPORT OF JAMES T. BERGER, LIKELIHOOD OF CONFUSION was served upon the below-listed counsel of record by electronic transmission:

J. Aron Carnahan
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, 22nd Fl.
Chicago, IL 60606
aron.carnahan@huschblackwell.com

Henry S. Alford
Scot A. Duvall
Robert J. Theuerkauf
MIDDLETON REUTLINGER
401 S. Fourth Street
2500 Brown & Williamson Tower
Louisville, KY 40202
halford@middreut.com
sduvall@middreut.com
rtheuerkauf@middreut.com


_____/s/ Oliver D. Yang_____
Attorneys for Plaintiffs
NIRO, HALLER & NIRO

**EXHIBIT A**

CURRICULUM VITAE

# James T. Berger

*IP Litigation Services & Surveys: Trademarks/Brands/Marketing;*
*Marketing Consultant; Free-Lance Writer; University Instructor*

1604 Chicago Avenue - Suite 4, Evanston, IL 60201
847-328-9633  Fax 847-328-9638
E-mail: jberger@jamesberger.net   WEB: www.jamesberger.net

## EDUCATION

MBA    University of Chicago, Graduate School of Business, concentrations in marketing and finance.

MS     Northwestern University, Medill School of Journalism, concentration in news/editorial sequence.

BA     University of Michigan, College of Literature, Science and the Arts, major in journalism.

## PROFESSIONAL EXPERIENCE

MARKET STRATEGIES, Chicago. Northbrook and Evanston, IL (1983 to present) Principal of this marketing services/consulting firm, which specializes in:

- Strategic marketing planning including creating written market plan documents.
- Implementing marketing programs.
- Integrated marketing communications services including advertising, public relations, sales promotion, direct mail.
- Project management including building and directing creative and production teams to execute marketing plans and specific tasks.
- Helping clients develop and maintain business relationships.

As a "hands-on" consultant, I help clients develop strategies and programs as well as assist in the implementation.  The firm concentrates on business-to-business marketing with specific focus on financial services, accounting and consulting services, commercial real estate, eldercare, office technology, manufacturing and distribution.  Concurrent with the management of Market Strategies, I became involved with:

THE INVESTOR RELATIONS COMPANY, Northbrook, IL (June 1998 to July 1999) As Senior Vice President, I was involved in the full array of Investor Relations activities including account management; working with the financial press including magazines, newsletter and wire services; direct contacts with analysts and brokers; and writing of financial news releases, quarterly and annual reports, profiles and fact sheets.

THE FINANCIAL RELATIONS BOARD, INC., Chicago, IL (April 1997 to June 1998) As an Account Manager for this large, national investor relations firm, I:
- Coordinated account service, market intelligence and media activities.
- Created investment profiles and fact sheets; developed and wrote annual reports, quarterly earnings releases and other news releases.

STERN WALTERS/EARLE LUDGIN, Inc., Chicago, IL (1980-83) Vice President -- Account Supervisor:
- Account manager for Associates Commercial Corporation account, a commercial finance company with advertising billings in excess of $7 million.
- Account manager for Sears, Roebuck & Co. Contract Sales Group division.
- Developed marketing strategies, planning and account management.

THE WITTLEDER COMPANY, Inc., Chicago, IL (1976-80) Vice President -- Account Supervisor:
- Created and implemented marketing strategies and programs.
- Clients involved in office products and services, data systems, micrographics, commercial real estate, automotive aftermarket and financial services.

BRAND ADVERTISING, Inc., Chicago, IL (1973-76) Vice President -- Director of Public Relations:
- Responsible for firm's public relations profit center.
- Programming, planning, client and media contact, writing and editing.
- Active in new business development.
- Clients involved in automotive aftermarket, industrial equipment, agriculture.

GOLIN/HARRIS COMMUNICATIONS, Inc., Chicago, IL (1971-73) Account Supervisor for this large public relations agency:
- Worked on McDonald's restaurants, agency's major account.
- Created national model awareness program for Chicagoland market.
- Managed McDonald's involvement in public affairs, ecology, energy conservation, labor relations and the inner city.
- Involved in financial relations and marketing-support activities.

## EARLY EXPERIENCE

Began career as copy, wire and make-up editor for CHICAGO DAILY NEWS. Moved into corporate public relations as editor of an employee publication for ILLINOIS BELL TELEPHONE COMPANY in Chicago and Springfield, IL. As a publicity specialist for MORTON INTERNATIONAL INC., I became involved in the consumer, industrial, institutional, automotive and agricultural markets. My first experience in agency public relations was with THE PUBLIC RELATIONS BOARD, INC., (now known as PORTER NOVELLI), first as an account executive and later as an account supervisor.

## PROFESSIONAL MEDIA EXPERIENCE

- Copy Editor for *Chicago Daily News*, Chicago, IL
- Editor and General Assignment Reporter for *The Patriot Ledger*, Quincy, MA
- Correspondent for *United Press International* in Ann Arbor, MI
- Part-time general assignment reporter for *Pioneer Press* newspapers, Wilmette and Highland Park, IL
- Free-lance columnist for *Homelife* section of *Chicago Sun Times*

**BOOKS PUBLISHED**

Trademark Surveys: A Litigator's Guide by James T. Berger and R. Mark Haliigan (of Nixon Peabody), published by Oxford University Press, 2011.

**ARTICLES PUBLISHED**

Intellectual property litigation-related articles:

— "10 Frequently Asked Questions about Intellectual Property Litigation Surveys" published in the August 2003 issue of *Intellectual Property Today.*
— "Swimming in Shark-Infested Waters," published in June 2004 issue of *Intellectual Property Today.*
— "Creativity Key to Executing Toughest IP Survey Projects," published in July 2005 issue of *Intellectual Property Today.*
— "What IP Attorneys Should Know About Expectations and Costs For Survey Research," published in April 2006 issue of *Intellectual Property Today.*
— "10 Easy Ways to Blow Away a Survey," published in the January 2007 issue of *Intellectual Property Today.*
— "The Power and Perils of the Internet Surveys," published in August 2007 issue of *Intellectual Property Today.*
— "How to do an IP Survey without Giving Away the Store," published in April 2008 issue of *Intellectual Property Today.*
— "New Challenges to the IP Survey Process," published in July 2009 issue of *Intellectual Property Today.*
— "Introducing the Internet/Telephone 'Hybrid' Survey," published in the July, 2010 issue of *Intellectual Property Today.*
— "How to Apply Theory of Probability to Decision of Whether to Do an I.P. Survey," published in the February, 2011 issue of *Intellectual Property Today.*
— "A New Survey Protocol for Proving/Disproving Design Patent Infringement" by James T. Berger and Tracy Zawaski, published in the April, 2011 issue of *Intellectual Property Today.*
— "The Descriptive/Suggestive Conundrum in Trademark Surveys," published in the November, 2011 issue of *Intellectual Property Today.*

Marketing communications-related articles published in:
- *Crain's Chicago Business*, a weekly business publication.
- *Services Marketing Today,* published by the American Marketing Association.
- *Talking To The Boss*, a weekly business publication.
- University of Chicago Graduate School of Business alumni magazine.
- *Your Business*, a quarterly magazine published for GE Capital by Baumer Financial Publishing, Chicago.
- *Independent Business*, a monthly magazine published by Group IV Communications, Thousand Oaks, CA.

Business-related articles in published in:
- *Active Times*                    - *Office Dealer*
- *Business Life*                   - *Office System*

| | |
|---|---|
| - *Chicago Sun-Times* | - *Business Sense* |
| - *Dow Jones Business Employment Weekly* | - *Real Estate Chicago* |
| | - *American Fitness* |
| - *Texas Realtor* | - *Area Development* |
| - *Multifamily Executive* | - *Real Estate Chicago* |
| - *Office and Industrial Properties* | - *Grid* |
| - *Real Estate Profiles* | - *Plants, Sites & Parks* |
| - *Kiwanis Magazine* | - *Journal of Property Management* |
| - *The Rotarian* | - *Commercial Investment Real Estate* |
| - *Executive Decision* | - *Crain's Chicago Business* |
| - *Home Business Journal* | - *Tax Credit Advisor* |

## TEACHING EXPERIENCE

DE PAUL UNIVERSITY

**College of Commerce -- Graduate Level**
- Marketing Research -- An overview of marketing research and its role in decision-making with the organization.
- Marketing Strategy -- A case-oriented course focusing on decision-making.
- Industrial Marketing -- A course utilizing cases and text that concentrates on industrial and business-to-business marketing.

**College of Commerce -- Undergraduate Level**
- Principles of Marketing -- A basic, survey course that introduces all the College of Commerce students to marketing.
- Marketing Management -- A second-tier course that uses cases to illustrate basic marketing principles.
- Introduction to Advertising -- A course for marketing majors that introduces students to basic advertising.
- Industrial Marketing -- A course for marketing majors focusing on industrial and business-to-business marketing.
- Personal Selling -- A course for marketing majors that concentrates on consultative selling.

LOYOLA UNIVERSITY

**Graduate School of Business**
-International Marketing — This course focuses on how foreign companies market in the United States and how domestic companies market abroad.

ROOSEVELT UNIVERSITY

**Walter E. Heller College of Business Administration**
Received WEHCBA Outstanding Adjunct Award, 2010.
Nominated for ADJUNCT FACULTY PERSON OF THE YEAR AWARD in 2005/06.
- Marketing in Theory and Practice -- A graduate level course that covers basic principles of marketing and market research.
- Selling and Sales Management -- An undergraduate course focusing on consultative selling and the management of the sale force.
- Consumer Behavior -- An undergraduate course that explored the how's and why's of

consumer purchasing.
- Introduction to Advertising -- An undergraduate course focusing on advertising, sales promotion and integrated marketing communications.
- Retail Marketing Management.  An undergraduate course focusing on retail marketing theories and practices.
- International Marketing Analysis – Taught at both the graduate and undergraduate levels, this course that probes how foreign companies market in the United States and how domestic companies market abroad.

NORTHWESTERN UNIVERSITY
**Kellogg Graduate School of Management**
- Business Marketing -- A graduate level course focusing on industrial and business-to-business marketing principles and cases.
**School of Continuing Studies**
- Principles of Marketing -- An introductory survey course that covers basic principles including market research.
- Strategic Marketing:  Cases in Decision-Making -- A more advanced, case-method course.
- Business-to-Business Marketing -- A course that explores the differences between consumer marketing and business marketing.
- Introduction to Public Relations -- An introductory course that focuses on the various facets of public relations and publicity.
- Integrated Marketing Communications -- A course that I created that focuses on the synergies of coordinating all the promotional blend elements.

UNIVERSITY OF ILLINOIS AT CHICAGO
**College of Business Administration**
- Advertising and Sales Promotion -- An undergraduate course that introduces students to the basic principles of advertising.
- New Product Management -- An undergraduate course focusing on the new product development and marketing process.

LAKE FOREST GRADUATE SCHOOL OF MANAGEMENT
- Marketing Management -- An executive graduate-level course that uses cases and a major team project to introduce students to the principles of marketing and marketing management.

CONTINUING  LEGAL EDUCATION SEMINAR
- Presented "Intellectual Property Litigation Surveys … Best Practices" before the Chicago, Milwaukee, St. Louis, Texas and Indiana Bar Associations. The program has been approved for continuing legal education credits.

MINNESOTA STATE BAR ASSOCIATION
Continuing Legal Education
- Faculty member for "The Effective Use of Survey Experts and Evidence in Trademark

Cases." Minneapolis State Bar Association, Minneapolis, MN, March 7, 2002.

MEMBER – INTERNATIONAL TRADEMARK ASSOCIATION

## LITIGATION EXPERIENCE

I have testified in court in the following cases: (side who retained me in **BOLD**)

**Euromarket Designs, Inc., dba Crate & Barrel Limited** v. Miriam Peters and Point Blank Multimedia, testified in U.S. District Court, Chicago, August 3, 2000.

**Heartland Corporation** v. Don Siphers et al., testified at U.S. District Court, Topeka, KS, on June 25, 2002.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Scafiddi Motors v. **General Motors Corporation,** testified before State of Wisconsin Division of Hearings and Appeals, Madison, WI, on April 4, 2008.

University of Kansas et al v. **Larry Sinks et al**, testified at trial at U.S. District Count in Topeka, KS, on July 8, 2008.

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation**, testified before State of Wisconsin Division of Hearings and Appeals, Jan. 23, 2009.

Just Enterprises, Inc. v. **(888) Justice, Inc**. on June 17, 2008.

Mini Melts, Inc. v. **Reckitt Benckiser, Inc**. (jury trial) on June 24, 2009.

Mini Melts, Inc. v. **Reckitt Benckiser, Inc**. (bench trial) on June 25, 2009.

**Fair Isaac Corporation et al** v. Experian, et al, on November 6, 2009.

**John A. Dore et al** v. Sweports, Ltd., et al, October 24, 2011. (A brand valuation case).

I have been deposed in the following cases: (side who retained me in **BOLD**)

Allan J. DeMars, as Trustee for Weisser Eyecare, Inc., v. **NBD Highland Park,** October 12, 1996.

**Black & Decker (U.S.) Inc., Black & Decker Inc., and The Black & Decker Corporation** v. Pro-Tech Power Inc., P&F Brother Industrial Corporation and Nu-Way Machinery Corporation, February 5, 1998 And March 5, 1998.

**Atlas Electric Devices Co**. v. Q-Panel Lab Products Corporation, April 26, 2001.

**Motor Werks Partners, L.P.** v. BMW of North America, June 11, 2001.

Sparks & Crain v. **AT&T and Lucent Technologies**, February 18, 2002.

**Native American Arts** v. Earth Dweller, Ltd., and The Waldron Corporation, April 5, 2002.

**Master Tech Products, Inc.,** v. Prism Enterprises, Inc., September 11, 2002. (A trade secrets case.)

**Mansfield Plumbing Products L.L.C**. v. Mariner Partners, Inc., et al., March 4, 2003.

Horizon Health Services, Inc. v. **Allied National, Inc. et al**, October 25, 2004.

S&M Nutec, L L.C. v. **T.F.H. Publications, Inc.,** January 16, 2005.

Century 21 Real Estate v. **Century Surety Co.,** March 1, 2005.

Midwest Canvas Corp. v. **Nationwide Tarps, Inc.,** March 17, 2005.

Seed Lighting Design Co. LTD v. **Home Depot, Trend Lighting, Corp and Hampton Bay Fan & Lighting Company,** July 14, 2005.

**Dioptics Medical Products, Inc.** v. PR Trading Company D/B/A/ Polar Ray Sunglasses Corporation, August 13, 2005.

**True & Dorin Medical Group** v. Leavitt Medical Associates, et al, September 10, 2005

Edina Realty v. **TheMLSonline.com, Inc.**, Oct.. 7, 2005.

Kevin Trudeau et al v. **George Lanoue et al**, November 21, 2005

**Dioptics** v. PR Trading Company, Feb. 17, 2006.

Wenger Corporation v. **The Stadium Chair Company, LLC,** June 22, 2006

**Cobra Capital** v. LaSalle Bank Corporation et al, July 26, 2006

Illinois Tool Works v. **Chester Brothers Machined Products, Inc. d/b/a Pneu-Fast,** Aug. 15, 2006

**Note Family, Inc.** v. Vivendi Universal Games, Inc., October 4, 2006

St. Luke's Eye Center v. **James Sanderson et al**, March 15, 2007

University of Kansas et al v. **Larry Sinks et al**, May 29, 2007.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Just Enterprises, Inc. v. **(888) Justice, Inc**. on January 11, 2008.

Schneider Saddlery Co., Inc. v. **Best Shot Products International LLC** on February 6, 2008.

Scafiddi Motors v. **General Motors Corporation** on March 3, 2008. (Testimony related to Buyer Behavior.)

Larin Corporation v. **Alltrade, Inc**. on March 26, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics**  on March 13, 2008.

Dallas Cowboys Football Club and NFL Properties, LLC v. **America's Team Properties**, Inc. on April 30, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics**  on  November 13, 2008.

**Fair Isaac Corporation et al**  v. Equifax Inc. et al on December 17, 2008.

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation**, on Jannuary 12, 2009.

**WMH Tool Group, Inc.** v Woodstock International, Inc., and Grizzly Industrial, Inc, on June 30, 2009.

Atlanta Allergy & Asthma Clinic, P.A. v. **Allergy & Asthma of Atlanta, LLC et al**, on July 6, 2009.

**North Shore Gastroenterology** v. North Ohio Gastroenterology on October 15, 2009.

**Metso Minerals Industries, Inc**. v. FLSmith-Exc el et al, March 26, 2010. (A trade secrets case)

**Evert Fresh Corportaiton** v. Pactiv Corporation, September 10, 2010. (A brand valuation case).

**Mark Rice d/b/a Games to Remember** v. Brand Imports, L.L.C. et al, September 21, 2010.

Innovation Ventures, LLC v. **N2G Distributing, Inc. and Alpha Perfomance Labs**, September 24, 2010.

**John A. Dore et al** v. Sweports, Ltd., et al, January 31, 2011. (A brand valuation case).

**Lovely Skin, Inc**. v. Ishtar Skin Care Products, LLC, October 27, 2011.

**Native American Arts, Inc** . v. Bud K Worldwide, Inc. Deposition, December 14, 2011.

**Native American Arts, Inc.** v. Peter Stone Co., U.S.A., February 3, 2012.

**Native American Arts, Inc.** v. Mangalick Enterprises, Inc . d/b/a/ IAC International, Feb 3, 2012.

**Native American Arts, Inc.** v. Atlanta Cutlery Corporation, Inc., , March 1, 2012.

## BILLING RATE (FOR EXPERT WITNESS SERVICES)
$450 per hour ($500 for time spend in testimony)

## SUPPLEMENT A

*A Compilation of Published Articles*
*Written by James T. Berger*

| DATE | PUBLICATION | ARTICLE TITLE |
|------|-------------|---------------|
| **1998** | | |
| Fall | Active Times | Wanted: Mature Workers Who Need Minimal Training, Many Positions Available |
| Sept-Oct | National Bus Employment Weekly | What's an M.B.A. worth? |
| Sept-Oct | National Bus Employment Weekly | The Degree Dilemma |
| November | Chgo Sun Times Business Life | Buying Into Barter |
| December | Crain's Chicago Business | A Crucial Goal: Increasing Schools' Visibility |
| Jan-Dec | Writer's Digest | |
| **1999** | | |
| January | Business Life | Business is Booming in Executive Temp Industry |
| 38744 | Real Estate Profiles | Gary Canepa / Patty Ancona / Patraick Fortin / Richard Blevins / Nancy Mroz |
| April | Business Life | Medical Industry Goes Under the Knife |
| 38823 | Wall Street Journal | Will Earning An MBA Pay off Later in Life? |
| Spring | Business Sense | Networking 101 |
| June | Business Life | Building Solid Financial Foundations |
| June | Your Business | Blueprint for Success |
| June | Small Business Adviser | Building Earnings by Barbara B. Buchholz |
| June | Chgo Sun Times Business Life | Tips Could Help You Sell Your Home by Yourself |
| July - Aug | American Fitness | X-Termination |
| July | Business Life | Building Solid Foundations |
| Summer | Your Business | Expanding Your Horizons |
| August | Business Life | Factoring Takes New Meaning in Today's Global Economy |
| September | Chgo Sun Times Business Life | Push to Revive Reverse Mortgage |
| September | Business Life | Opportunities Abound for Older Workers |
| September | Kiwanis | Working Into Retirement |
| September | Independent Business | 10 Easy Ways to Lose a Client |
| Fall | Recreation Management | Wet and Wild on the West Coast by J. Fisher Park & J. Morgan Park |
| September | Active Times | Reversal of Fortune for Reverse Mortgages |
| September | Chgo Sun Times Homelife | Mortgage Plan Helps Buyers with Bad Credit |
| September | Chgo Sun Times Homelife | Mortgage Lenders Won't Suffer Despite Market Changes |
| November | Business Life | Are Stockbrokers and Endangered Species? |
| November | Home Business | Turning Hobbies Into Profitable Home-Based Businesses |
| November | Chgo Sun Times Homelife | Prepayment Penalty Offers a Trade-Off for Homeowners |
| 17-Dec | Chgo Sun Times Homelife | No Doc Loans Help Self-Employed |
| 1999 | Commercial Lending Report | Entire Year |

**2000**

| | | |
|---|---|---|
| 7-Jan | Chgo Sun Times Homelife | Blacks Still Face 'Predatory Lending' Schemes: study |
| 12-Jan | Chgo Sun Times Homelife | Home Ownership Rising in Nation, While Equity is Falling |
| 14-Jan | Chgo Sun Times Homelife | New Laws Might Boost Reverse Mortgage's Appeal |
| 16-Jan | Chgo Sun Times Homelife | Banking On Your Home |
| 21-Jan | Chgo Sun Times Homelife | Not All Mortgages Require Buyer to Make a Down Payment |
| 22-Jan | Active Times | Do Banks Protect Your Privacy |
| 28-Jan | Chgo Sun Times Homelife | Legal Foundation Guards Against Mortgage Scams |
| January | Business Life | WWII Fighting For Bandwidth |
| January | Recreation Management | Welcome To The Great Outdoors |
| January | Commercial Lending Report | All Loans Are "Good" When You Make Them |
| Winter | Business Sense | Grievance Alert |
| 11-Feb | Chgo Sun Times Homelife | Your Portfolio Can Provide Mortgage Down Payment |
| 18-Feb | Chgo Sun Times Homelife | Worried Buyer Can Try An Interest-Rate Option |
| 25-Feb | Chgo Sun Times Homelife | Go For Brokers |
| Feb-29 | Chgo Sun Times Business | Leap Day has It's Benefits |
| February | Business Life | WWII Fighting For Bandwidth |
| 3-Mar | Chgo Sun Times Homelife | Rising Interest Rates Take Toll on Buyers Mortgages |
| 17-Mar | Chgo Sun Times Homelife | Home Saver Helps Avert Foreclosure |
| 24-Mar | Chgo Sun Times Homelife | Closing On A Home Often Troublesome |
| 31-Mar | Chgo Sun Times Homelife | Web Portal Can Speed Loan Process |
| March | Recreation Management | If You Build It, They Will Swim |
| March | Business Life | Consumers Not Ready to Leave Mall Behind |
| May | Texas Realtor | What's Up With Mortgages? |
| 10 - Oct | Chgo Sun Times Homelife | Fed holds key to stable mortgage rates: experts |
| 29 - Oct | Chgo Sun Times Homelife | Landscaping is a cheap and easy fix |
| 29 - Oct | Chgo Sun Times Homelife | Home offices, pools not worth it |
| 3 - Nov | Chgo Sun Times Homelife | As closing nears, lender wants money for a "hold back" |
| 17 - Nov | Chgo Sun Times Homelife | Fannie Mae helps lending victims |
| 24 - Nov | Chgo Sun Times Homelife | 'Tis the season to be wary when seeking a mortgage |
| 1 - Dec | Chgo Sun Times Homelife | Chicago mortgage bank reaches out to immigrants, minorities |
| 3 - Dec | Chgo Sun Times Homelife | Land contract may fail without canceled checks |

**2001**

| | | |
|---|---|---|
| January 12 | Chgo Sun Times Homelife | Showcase of Homes Offers Vision of Future |
| 19-Jan | Chgo Sun Times Homelife | Failure To Compute |
| January | Multifamily Executive | Generation Y Hits the Market |
| January | Multifamily Executive | Peace of Mind - Renter's Insurance Can Protect Property |
| 16-Feb | Chgo Sun Times Homelife | Tailor Made - New Type of Mortgage is Uniquely Designed for Individual Borrowers |
| February | Bizlife | Grass America Inc: What the Well-Dressed Kitchen is Wearing |
| March | Real Estate Chicago | Kenosha Casino Nixed |
| March | Utah Business | Whittling Down the Tax Man |
| 6-Apr | Chgo Sun Times Homelife | Homeowner insurance not enough to cover a home office or business; Protecting the Boss |
| Spring | Bizhealth | Family Service of the Piedmont |
| April | Rotarian | Boot Up Soldier! |
| May | Real Estate Chicago | A Soft Office Market |
| June | Real Estate Chicago | Lake County Land Squeeze |
| September | Area Development | Industrial Market |
| October | Real Estate Chicago | Update at the Glen |
| Nov-Dec | Commercial Real Estate | Virtual Money |

| Nov-Dec | Real Estate Chicago | Abbott Leases Big |
|---|---|---|

**2002**

| February | Area Development | Property Protection Comes of Age |
|---|---|---|
| March | Texas Realtor | On Loan |
| March | Area Development Magazine | On the Fast Track to Freer Trade? |
| March | Real Estate Chicago | City Park in Home Stretch |
| April | Real Estate Chicago | Recovery Ahead? |
| April | Crain's Chicago Business | Trusts a Must for the Moneyed; Variety of Plans Offer Tax Beaks, Other Incentives |
| May | Real Estate Chicago | The Mallinckrodt Property |
| June | Area Development | Welcoming Recovery |
| July | Area Development | Assessing the Post-War Economy |
| July | PS&P | Site Selection Shake Up |
| July-Aug | Journal of Property Management | Flower Power (Interior Landscape) |
| September | PS&P | Avoiding Economic Espionage |
| October | Bizlife | The Man Behind the High Point Transportation |

**2003**

| 2003/2004 | PS&P | |
|---|---|---|
| August | Wiglaf Journal | Getting Lost on the World Wide Web |
| August | Intellectual Property Today | 10 Frequently Asked Questions about Intellectual Property Litigation Surveys |

**2004**

| May | Plants Sites & Parks | Milwaukee on the Grow |
|---|---|---|
| June | Intellectual Property Today | Swimming In Shark-Infested Waters |
| July | Plants Sites & Parks | Electronics Industry on the Fast Track |
| September | Wiring Harness News | Using Customer Service as a Competitive Edge |
| November | Plants Sites & Parks | U.S. Economic Recovery Spurs Industrial Park Growth in Mexico |
| November | Intellectual Property Today | Getting the Most Value Out of Your Survey Expert |

**2005**

| January/February | Executive Decision | On The Job with "The Apprentice" Why Chicago is Bill Rancic's Kind of Town |
|---|---|---|
| March | The Wiglaf Journal | The Decline and Fall of the AT&T empire — Marketing Myopia Revisited |
| April | The Wiglaf Journal | 10 Easy Ways to Lose a Customer |
| May | Executive Decision | Secrets of the Best Rainmakers |
| June | The Wiglaf Journal | Converting Productivity to Profitability |
| July | Intellectual Property Today | Creativity Key to Executing Toughest IP Survey Projects |
| August | The Wiglaf Journal | What's In a Name? |

**2006**

| January | The Wiglaf Journal | Thoughts on Relationship Marketing |
|---|---|---|
| January/February | Executive Decision | A Matter of Survival: CEOs need to commit to Lifelong Learning |
| February | The Wiglaf Journal | Peeling the Customer Loyalty Onion |
| March | The Wiglaf Journal | Creating "Monopolies" from Customer Value Propositions |
| March/April | Executive Decision | The Rich Get Richer |
| April | Intellectual Property Today | What IP Attorneys Should Know Expect & Costs for Survey Research |
| May/June | Executive Decision | All The Right Moves Strategies and Tactics for Corporate Relocations |
| July/ August | Executive Decision | A New Life for ABLs. Strong Economy and Lots of Available |

|  |  | Cash Fuel Asset-Based Lending Boom |
| September | The Wiglaf Journal | Integrated Marketing Environment Putting New Pressure on Sales Management, |
| September/October | Executive Decision | All Banks are not created Equal |
| December | Tax Credit Advisor | Sponsors "Brand" Housing Credit Properties |

**2007**

| January | Intellectual Property Today | 10 Easy Ways to Blow Away A Survey |
|  | WebsiteRevamp.org | Lost on The Web |
| January | WebsiteRevamp.org | Multifamily Realtors See Benefits of Branding in Driving Internet Sales |
| January | Tax Credit Advisor | Bridgeport Historic Rehabilitation Project Helping to Transform Downtown |
| January/February | MultiFamily Pro | Cover Story: AMLI'S Secret Formula – All the Ingredients for Sophistication |
|  | MultiFamily Pro | Spotlights: Executive – No. 1 Cheerleader – Mutz Has Spirit and Vision |
|  | MultiFamily Pro | Management – Taking Full Advantage – Technology Provides a Competitive Edge |
|  | MultiFamily Pro | Marketing – Brand Loyalty – AMLI Markets Through its Brand |
|  | MultiFamily Pro | Training – Pursuit of Excellence – Training Helps AMLI Reach Goals |
|  | MultiFamily Pro | On Site – Know the Facts – AMLI Serves through Information |
| February | The Wiglaf Journal | The "iPhone" Brouhaha |
| March | Tax Credit Advisor | Different Actions, Tactics can Foster Quicker, Effective Lease-Up of New Tax-Credit Properties |
| March | The Wiglaf Journal | Don't Segment Markets — "Hire" the Product |
| March/April | Executive Decision | The Challenge Of Building A Global Workplace Community |
| March/April | MultiFamily Pro | Cover Story: Place Properties Is The Place – Welcome to the World of Student-Friendly College Housing |
|  | MultiFamily Pro | Spotlights: Executive – Nightmare Interupus – Phillips Filled a Student Housing Need |
|  | MultiFamily Pro | Management – An Engaged Audience – Ratchford Attracts Generation Y with Technology |
|  | MultiFamily Pro | Marketing – Hitting the Target – Nix and Dunton Market to Distinct Groups |
|  | MultiFamily Pro | Training – Gaining an Edge – Wolff Directs the Management Team |
|  | MultiFamily Pro | On-Site – Two-Sided Approach – Place Focuses Both On and Off Campus |
| April | Tax Credit Advisor | Reducing Tenant "Churn" Essential for Successful Tax Credit Properties |
| May | Tax Credit Advisor | Industry Participants Suggest Ways to Trim Construction Operating Costs |
| May | The Wiglaf Journal | A New Way to Segment B-T-B Markets — Put Your Product to Work |
| May/June | Executive Decision | Adding Green To The Bottom Line |
| June | The Wiglaf Journal | The Difficulty of Developing Profitable and Unique Sales Promotions |
| June | Tax Credit Advisor | Market Studies Remain Key for Determining Feasibility of Proposed LIHTC Projects |
| July | The Wiglaf Journal | The Perils of Using the Internet for Surveys |
| July/August | Executive Decision | Is the Private Life for You? More Private Companies Are Opting To Go Private |
| August | The Wiglaf Journal | How to Make Your E-Mail Marketing More Effective |

| August | Tax Credit Advisor | Affordable Rental Housing Development Is Becoming Increasingly "Green" |
| August | Intellectual Property Today | The Power and Perils of Internet Surveys |
| August | Tax Credit Advisor | Oregon Family Development Incorporates Variety of 'Green' Features |
| September | The Wiglaf Journal | HR Help for the Entrepreneur |
| October | The Wiglaf Journal | Ease Up on Sales Button for New Ventures |
| October | Tax Credit Advisor | Robust Population, Job Growth Favor Development Phoenix Area, But Condo Overhand, New Production Are Issues |
| November | Tax Credit Advisor | Baltimore Area Marked by High Demand for Additional Affordable Housing |
| December | Tax Credit Advisor | Pittsburgh Market Has Strong Demand for Affordable Housing Despite Sluggish Economy |
| December | The Wiglaf Journal | To Brand …or NOT to Brand New Products |

**2008**

| January | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
| January | The Wiglaf Journal | Marketing Lessons from Hollywood |
| January | The Wiglaf Journal | "Top 100 Brands" Quiz |
| February | Tax Credit Advisor | Vibrant Seattle Economy Spurs Demand for Affordable Housing |
| March/April | Executive Decision | In Whom do we Trust? The Movement for Greater Accountability and Disclosure |
| March | The Wiglaf Journal | Looking Positively at the "R" Word |
| March | The Wiglaf Journal | Adding Bite to your E-Mails |
| April | Tax Credit Advisor | Cleveland's Perfect Storm of Rising Foreclosures |
| April | Intellectual Property Today | How to do an IP Survey without Giving Away the Store |
| April | The Wiglaf Journal | B-2-B Trademarks and Brands – A Slippery Slope |
| April | The Wiglaf Journal | Want to Know Who Sarah Marshall Is? |
| May | Tax Credit Advisor | Atlanta Economy Slowing But Still Growing; Tax Credit Housing Challenged |
| June | The Wiglaf Journal | A New Business Primer for Growing Organizations |
| July | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
| August | Tax Credit Advisor | New Desire Housing Project Rises from Devastation of Katrina |
| September | The Wiglaf Journal | What's a Brand Worth Anyhow? |
| September | Tax Credit Advisor | Chicago Has Vibrant Affordable Housing Market |
| November | The Wiglaf Journal | Starbucks Discovers Marketing Myopia |
| December | Tax Credit Advisor | Portland Economy, Multifamily Housing Easing into "Soft Landing" |
| December | The Wiglaf Journal | Musing from a Marketer on the Economic Crisis |

**2009**

| January | The Wiglaf Journal | Empathy — The Missing Element in Relationship Management |
| February | Tax Credit Advisor | MarketSketch: Houston Area Still Attractive Market for LIHTC Development |
| March | The Wiglaf Journal | The "Dark Side" of Entrepreneurship |
| April | The Wiglaf Journal | Recession Takes Toll on Brand Values |
| April | The Wiglaf Journal | Opportunities Starting to Sprout as Entrepreneurs Pick Up Pieces from Shattered Economy |
| May | The Wiglaf Journal | Two Harvard Experts Provide Perspective on Building Entrepreneurial Businesses in Troubled Times |
| July | Tax Credit Advisor | Everything You Wanted to Know About Multi-Family Energy Audits |
| July | The Wiglaf Journal | New Paradigms Abound |

| June/July | Area Development | Military Bases as Economic Development Magnets |
| August | The Wiglaf Journal | Trying to Put the Toothpaste Back into the Tube |
| September | The Wiglaf Journal | Global Marketers Unclear About Obama's Direction |
| October | The Wiglaf Journal | Marketers Find Gold on Old Brand Junk Heap |
| December | The Wiglaf Journal | Looking for a New Advertising Agency? It's a Buyer's Market Be Careful |

**2010**

| January | The Wiglaf Journal | Nurturing Relationships More Important Than Ever |
| February | The Wiglaf Journal | IPad Has All the Ingredients of a Classic Marketing Blunder |
| March | The Wiglaf Journal | Professional Musings from the World of Marketing |
| June | The Wiglaf Journal | Toyota – Crisis Management at its Worst The Bible of Marketing Mistakes and Successes |
| June-July | Area Development | Obama Promotes Export Policy to Rally Economy |
| July | Intellectual Property Today | Introducing the Internet/Telephone "Hybrid" Survey |
| July | The Wiglaf Journal | Lessons from a Legend |
| August | The Wiglaf Journal | The Undefeated, Undisputed King of Smartphones |
| September | The Wiglaf Journal | The Revolution in Knowledge Delivery Systems |
| October | The Wiglaf Journal | The Most Important Sales Call You Will Ever Make |
| November | The Wiglaf Journal | The Rewards of Trying To Be Different |
| December | The Wiglaf Journal | Story of the 2000-2010 Decade Told by Brand Values |

**2011**

| January | The Wiglaf Journal | Post-Recession Era Poses Different Kinds of Challenges for Marketers |
| February | Intellectual Property Today | How to Apply Theory of Probability to Decision of Whether to Do an I.P. Survey |
| February | The Wiglaf Journal | Borders and Blockbuster: Throwing Money Down a Rat Hole |
| March | The Wiglaf Journal | H-P and Walmart – The Peril of Expectations |
| April | The Wiglaf Journal | Entrepreneurial Musings |
| May | The Wiglaf Journal | Are You Ready for Milkshake Marketing |
| June | The Wiglaf Journal | What Have You Done for me Lately |
| July | Area Development | Free Trade Agreements Stymied by Political Roadblocks |
| July | The Wiglaf Journal | The GROUPON Phenomenon – Is it Sustainable? |
| August | The Wiglaf Journal | Eastman Kodak – Another Corporate Icon Fights to Survive\ |
| September | The Wiglaf Journal | The Hidden Marketing Asset |
| October | The Wiglaf Journal | Killing the Golden Goose (Netflix) |
| November | Area Development | New Trade Agreements Slowly Becoming a Reality |
| November | Intellectual Property Today | The Descriptive/Suggestive Conundrum in Trademark Surveys |
| November | The Wiglaf Journal | Killing the Golden Goose Part 2 (Netflix) |
| December | The Wiglaf Journal | The Merits of Underdog Positioning |

**2012**

| January | The Wiglaf Journal | Twitter — Show Me the Money |
| February | The Wiglaf Journal | Corporate Icons Falling Like House of Cards |
| February | The Wiglaf Journal | The Resurrection of the Golden Goose |
| March | The Wiglaf Journal | Revenues Gained by Service Fees Undermines Relationship Marketing Goals |
| March | Intellectual Property Today | The Pre-Litigation Pilot Trademark Survey |

**EXHIBIT B**

# TRADESMEN CONFUSION

**Intro - Intro**

Before we start the interview, please answer the next few questions to see if you qualify.

**s1 - Age**

Are you age 18 or over?

○ Yes (1)
○ No (2)

STOP | **Screened –** thank

*Thank you, those are all the questions we have for you, today.*

STOP | **QuotaFull –**

**s2 - Gender**

Indicate your gender:

○ Male (1)
○ Female (2)

**s3 - State**

State in which you reside.

○ Alabama (1)
○ Alaska (2)
○ Arizona (3)
○ Arkansas (4)
○ California (5)
○ Colorado (6)
○ Connecticut (7)
○ District of Columbia (8)
○ Delaware (9)
○ Florida (10)
○ Georgia (11)
○ Hawaii (12)
○ Idaho (13)
○ Illinois (14)

- ⭕ Indiana (15)
- ⭕ Iowa (16)
- ⭕ Kansas (17)
- ⭕ Kentucky (18)
- ⭕ Louisiana (19)
- ⭕ Maine (20)
- ⭕ Maryland (21)
- ⭕ Massachusetts (22)
- ⭕ Michigan (23)
- ⭕ Minnesota (24)
- ⭕ Mississippi (25)
- ⭕ Missouri (26)
- ⭕ Montana (27)
- ⭕ Nebraska (28)
- ⭕ Nevada (29)
- ⭕ New Hampshire (30)
- ⭕ New Jersey (31)
- ⭕ New Mexico (32)
- ⭕ New York (33)
- ⭕ North Carolina (34)
- ⭕ North Dakota (35)
- ⭕ Ohio (36)
- ⭕ Oklahoma (37)
- ⭕ Oregon (38)
- ⭕ Pennsylvania (39)
- ⭕ Rhode Island (40)
- ⭕ South Carolina (41)
- ⭕ South Dakota (42)
- ⭕ Tennessee (43)
- ⭕ Texas (44)
- ⭕ Utah (45)
- ⭕ Vermont (46)
- ⭕ Virginia (47)
- ⭕ Washington (48)
- ⭕ West Virginia (49)
- ⭕ Wisconsin (50)
- ⭕ Wyoming (51)

**s4 - Pro**

Are you currently a professional workman who uses power tools?

- ⭕ Yes (1)
- ⭕ No (2)

**s5 - DIYer**

Are you a serious DO-IT-YOURSELFER who owns more than $1,000 worth of power tools?

- ⭕ Yes (1)
- ⭕ No (2)

STOP | **Screened –** thank

*Thank you, those are all the questions we have for you, today.*

**s6 - Security**

Do you or anyone in your household work for a:

☐ Advertising agency (1)
☐ Market Research firm (2)
☐ Any business involved in the sale of power tools (3)
⚪ None of the above (4)

STOP | **Screened –** thank

*Thank you, those are all the questions we have for you, today.*

**s7 - Glasses**

Do you require eyeglasses or any other device needed to view a computer       screen?

⚪ Yes (1)
⚪ No (2)

**i30**

Please make sure you are wearing them.

**Q1 - Put out by**

Today, we are conducting a survey focusing on power tools.  Here is a display of packaged products as you might see them at a Home Depot or Lowe's store:



Do you believe that the products pictured are put out by the same company?

Yes (1)

◯ No
(2)
◯ Don't Know
(3)

**q1a - Why**

Why?

i22

THANK YOU VERY MUCH- THIS CONCLUDES OUR INTERVIEW.

For validation purposes only, we would appreciate if you could provide your name and phone number. (Optional)

**name - Name**

Name

**phone - Phone**

Phone

*Use this format: XXX XXX XXXX*

**EXHIBIT C**

TABLE OF CONTENTS

Total

Page 1.......S1. AGE: Are you age 18 or over?

Page 2.......S2. GENDER: Indicate your gender:

Page 3.......s3. STATE: State in which you reside.

Page 5.......S4. Are you currently a professional workman who uses power tools?

Page 6.......S5. Are you a serious DO-IT-YOURSELFER who owns more than $1,000 worth of power tools?

Page 7.......S4/S5. Pro or Do-it-Yourselfer

Page 8.......S6. Security: Do you or anyone in your household work for a:

Page 9.......S7. Do you require eyeglasses or any other device needed to view a computer screen?
            If yes, Be sure you are wearing them.

Page 10......Q1. Do you believe that the products pictured are put out by the same company?

Page 11......Q1A. Why? - Responded Yes, think the products pictured are put out by the same company (Q1)

Page 13......Q1A. Why? - Responded No, do not think the products pictured are put out by the same company (Q1)

Page 14......Q1A. Why? - Responded Don't Know, don't know if products pictured are put out by the same company (Q1)

S1. AGE: Are you age 18 or over?

|          | Total      |
|----------|------------|
|          | ------     |
| Total    | 204        |
|          | 100%       |
| Yes      | 204        |
|          | 100%       |
| No       | -          |

S2. GENDER: Indicate your gender:

|          | Total    |
|----------|----------|
|          | ------   |
| Total    | 204      |
|          | 100%     |
| Male     | 175      |
|          | 86%      |
| Female   | 29       |
|          | 14%      |

s3. STATE: State in which you reside.

|  | Total |
| --- | --- |
| Total | 204<br>100% |
| Alabama | 1<br>*% |
| Alaska | 3<br>1% |
| Arizona | 5<br>2% |
| Arkansas | 2<br>1% |
| California | 15<br>7% |
| Colorado | 4<br>2% |
| Florida | 11<br>5% |
| Georgia | 6<br>3% |
| Hawaii | 2<br>1% |
| Illinois | 15<br>7% |
| Indiana | 9<br>4% |
| Iowa | 5<br>2% |
| Kansas | 2<br>1% |
| Maine | 1<br>*% |
| Massachusetts | 6<br>3% |
| Michigan | 9<br>4% |
| Minnesota | 12<br>6% |
| Missouri | 3<br>1% |
| Nebraska | 1<br>*% |
| Nevada | 2<br>1% |

s3. STATE: State in which you reside.

|  | Total |
|---|---|
| New Hampshire | 1<br>*% |
| New Jersey | 5<br>2% |
| New Mexico | 1<br>*% |
| New York | 16<br>8% |
| North Carolina | 1<br>*% |
| North Dakota | 2<br>1% |
| Ohio | 17<br>8% |
| Oregon | 5<br>2% |
| Pennsylvania | 13<br>6% |
| South Carolina | 1<br>*% |
| South Dakota | 1<br>*% |
| Tennessee | 1<br>*% |
| Texas | 3<br>1% |
| Utah | 5<br>2% |
| Virginia | 1<br>*% |
| Washington | 8<br>4% |
| Wyoming | 9<br>4% |

S4. Are you currently a professional workman who uses power tools?

|  | Total |
|---|---|
|  | ------- |
| Total | 204 |
|  | 100% |
| No response | - |
| Yes | 178 |
|  | 87% |
| No | 26 |
|  | 13% |

S5. Are you a serious DO-IT-YOURSELFER who owns more than $1,000 worth of power tools?

|  | Total |
|---|---|
|  | ------- |
| Total | 204 |
|  | 100% |
| No response | - |
| Yes | 162 |
|  | 79% |
| No | 42 |
|  | 21% |

S4/S5. Pro or Do-it-Yourselfer

|  | Total |
|---|---|
|  | ------- |
| Total | 204 |
|  | 100% |
| No response | - |
| Yes | 204 |
|  | 100% |
| No | - |

S6. Security: Do you or anyone in your household work for a:

|  | Total |
|---|---|
|  | ------- |
|  | 204 |
|  | 100% |
| No response | - |
| Advertising agency | - |
| Market Research firm | - |
| Any business involved in the sale of power tools | - |
| None of the above | 204 |
|  | 100% |

S7. Do you require eyeglasses or any other device needed to view a computer screen?
If yes, Be sure you are wearing them.

|  | Total |
|---|---|
|  | ------- |
| Total | 204 |
|  | 100% |
| No response | - |
| Yes | 109 |
|  | 53% |
| No | 95 |
|  | 47% |

Q1. Do you believe that the products pictured are put out by the same company?

|  | Total |
|---|---|
|  | ------- |
| Total | 204 |
|  | 100% |
| Yes | 95 |
|  | 47% |
| NO | 95 |
|  | 47% |
| Don't know | 14 |
|  | 7% |

Q1A. Why? - Responded Yes, think the products pictured are put out by the same company (Q1)

|                                                                    | Total       |
|--------------------------------------------------------------------|-------------|
| Total                                                              | 95<br>100%  |
| Same name/Name on box-package                                      | 30<br>32%   |
| Says DeWalt                                                        | 13<br>14%   |
| Same Package                                                       | 12<br>13%   |
| All DeWalt                                                         | 7<br>7%     |
| Similar look/Same look                                            | 3<br>3%     |
| Color                                                             | 3<br>3%     |
| Same color packaging and most say DeWalt                          | 2<br>2%     |
| Color of package and labeling                                     | 2<br>2%     |
| Black & Decker                                                    | 1<br>1%     |
| Orange rack                                                       | 1<br>1%     |
| Open                                                             | 1<br>1%     |
| Several say DeWalt but the color leads me to believe that product isn't DeWalt, might be | 1<br>1% |
| Same product                                                     | 1<br>1%     |
| Assume DeWalt tools from same company                             | 1<br>1%     |
| Same color and name on package                                   | 1<br>1%     |
| Heard they were the same                                         | 1<br>1%     |
| Comparisons of each product range                                | 1<br>1%     |
| Same yellow package with black lettering, also say DeWalt        | 1<br>1%     |
| Orange                                                           | 1<br>1%     |

Q1A. Why? - Responded Yes, think the products pictured are put out by the same company (Q1)

| | Total |
|---|---|
| | ------- |
| They would want to get their product out there and in a particular way | 1<br>1% |
| All have similar color of packaging distinctive to DeWalt | 1<br>1% |
| DeWalt Makes DeWalt | 1<br>1% |
| Say DeWalt and believe Rockwell is subsidiary of DeWalt | 1<br>1% |
| Because | 1<br>1% |
| DeWalt is subsidiary of Black and Decker | 1<br>1% |
| Same color and name | 1<br>1% |
| Seen and use DeWalt | 1<br>1% |
| One company owns the other | 1<br>1% |
| Same logo, Packaging and name | 1<br>1% |
| Would be false advertising | 1<br>1% |
| DeWalt is company that makes many tools | 1<br>1% |

Q1A. Why? - Responded No, do not think the products pictured are put out by the same company (Q1)

|  | Total |
|---|---|
|  | ------- |
| Total | 95<br>100% |
| Different names or brand names | 36<br>38% |
| Most are DeWalt but one says Rockwell | 14<br>15% |
| Rockwell & DeWalt | 13<br>14% |
| One is made by another company | 8<br>8% |
| One says Rockwell | 5<br>5% |
| One not DeWalt | 3<br>3% |
| Different lettering | 2<br>2% |
| There was one that had a different name | 2<br>2% |
| Rockwell | 2<br>2% |
| They are different | 1<br>1% |
| Boxes and pictures made at box company for DeWalt | 1<br>1% |
| Don't remember seeing them at Lowes | 1<br>1% |
| Boxes same, Name different | 1<br>1% |
| Color not right, logo not right | 1<br>1% |
| Usually stocked by merchandiser | 1<br>1% |
| One of packages different.  The tool is in color while the DeWalt brand is yellow and black | 1<br>1% |
| Rockwell same color as DeWalt | 1<br>1% |
| They have reps | 1<br>1% |
| Don't Know | 1<br>1% |

Q1A. Why? - Responded Don't Know, don't know if products pictured are put out by the same company (Q1)

|                                              | Total      |
|----------------------------------------------|------------|
|                                              | -------    |
| Total                                        | 14<br>100% |
| Rockwell & DeWalt                            | 1<br>7%    |
| Different names or brand names               | 1<br>7%    |
| They are different                           | 1<br>7%    |
| Because                                      | 1<br>7%    |
| Boxes same, Name different                   | 1<br>7%    |
| What company makes tools and where is it built | 1<br>7%  |
| Don't deal with DeWalt                       | 1<br>7%    |
| No Lowes anywhere near me                    | 1<br>7%    |
| Everything made in China, one never knows    | 1<br>7%    |
| All same color but don't see DeWalt on them  | 1<br>7%    |
| I think company would have to OK artwork     | 1<br>7%    |
| Don't Know                                   | 3<br>21%   |

**EXHIBIT D**



1440 Willowbrook Mall
Wayne, New Jersey 07470
(973) 785-0770

November 7, 2012

Mr. James Berger
1604 Chicago Avenue
Evanston, IL 60201

Dear Jim,

This is to affirm that Suburban Marketing Research has validated your recent research
conducted over the internet, with respondents about power tools.

We have received a file of 74 participants on the Tradesmen Confusion 2 study. We made at least two
attempts to reach each number.
Among those we reached, we asked everyone if they had recently participated in an
internet survey on power tools.

We verified that the respondents were 18 years old or older.

We validated their qualification as either a professional workman or a Do-It-Yourselfer who owns power
tools totaling $1000 or more.

Also that they did not work for a Marketing Research Company, Advertising Agency or any business
involved in the sale of power tools.

We reached 42 households out of the total sample of 74 respondents.  The disposition of
the households we reached is as follows:
  38 validated correctly
   1 Invalid (Mario #786 380-5826) did not do survey on power tools
   3 no such person by that name

All others were dialed at least two times without being able to reach anyone.

We are satisfied that the research was conducted as instructed.


Cindy Conklin

Sincerely,

Cindy Conklin