IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BLACK & DECKER CORPORATION, BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., | Case No. 1:11-cv-05426 |
| Plaintiffs, | Judge Robert M. Dow, Jr. |
| v. | Magistrate – Judge Geraldine Soat Brown |
| POSITEC USA INC. and RW DIRECT, INC., | |
| Defendants. | |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

By agreement of the Plaintiffs, The Black & Decker Corporation, Black & Decker Inc., and Black & Decker (U.S.) Inc. ("Plaintiffs"), and the Defendants, Positec USA Inc. and RW Direct, Inc. ("Defendants"), and subject to the Court's approval, it is hereby STIPULATED AND AGREED AND ORDERED as follows:

1. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), all claims and defenses with respect to Count I of the Amended Complaint (asserting infringement of U.S. Patent Nos. 5,604,954; 6,263,975; 6,612,376; and 6,926,090) and Count V (Federal Trademark Dilution) are hereby dismissed with prejudice, with each party bearing its own costs, attorneys' fees, and expenses with respect to Counts I and V.

2. The parties expressly reserve all rights, claims and defenses with respect to Count II (Trademark Infringement); Count III (Unfair Competition and False Designation of Origin); Count IV (Federal Trade Dress Infringement); and Count VI (State Common Law Trademark Infringement and Unfair Competition) of the Amended Complaint (collectively, "The Remaining Counts"). Nothing herein shall be construed as a waiver

or dismissal of any portion of the parties' claims and defenses with respect to The Remaining Counts.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Raymond P. Niro, Jr.* | */s/ Brian P. McGraw* |
| Raymond P. Niro, Jr. | Dennis D. Murrell |
| Matthew G. McAndrews | Henry S. Alford |
| Kyle D. Wallenberg | Scot A. Duvall |
| NIRO McANDREWS, LLC | Robert J. Theuerkauf |
| 200 W. Madison Street, Suite 2040 | Brian P. McGraw |
| Chicago, IL 60606 | MIDDLETON REUTLINGER |
| (312) 755-8575 | 401 S. Fourth Street, Suite 2600 |
| Fax: (312) 674-7481 | Louisville, KY  40202 |
| rnirojr@niro-mcandrews.com | dmurrell@middletonlaw.com |
| mmcandrews@niro-mcandrews.com | HAlford@MiddletonLaw.com |
| kwallenberg@niro-mcandrews.com | SDuvall@MiddletonLaw.com |
| | RJT@MiddletonLaw.com |
| | bmcgraw@middletonlaw.com |
| *Attorneys for Plaintiffs* | |
| | J. Aron Carnahan |
| | HUSCH BLACKWELL LLP |
| | 120 S. Riverside Plaza, Suite 2200 |
| | Chicago, IL 60606 |
| | aron.carnahan@huschblackwell.com |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 22, 2015 the foregoing

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| J. Aron Carnahan<br>HUSCH BLACKWELL LLP<br>120 S. Riverside Plaza, 22nd Fl.<br>Chicago, IL 60606<br>aron.carnahan@huschblackwell.com | Henry S. Alford<br>Scot A. Duvall<br>Brian P. McGraw<br>Dennis D. Murrell<br>Robert J. Theuerkauf<br>MIDDLETON REUTLINGER<br>401 S. Fourth Street<br>2500 Brown & Williamson Tower<br>Louisville, KY 40202<br>HAlford@MiddletonLaw.com<br>SDuvall@MiddletonLaw.com<br>BMcGraw@MiddletonLaw.com<br>DMurrell@MiddletonLaw.com<br>RJT@MiddletonLaw.com |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

*/s/ Raymond P. Niro, Jr.*
Attorney for Plaintiffs
NIRO McANDREWS, LLC