IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BLACK & DECKER CORPORATION, BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> POSITEC USA INC. and RW DIRECT, INC., <br><br> Defendants. | Case No. 1:11-cv-05426 <br><br> Judge Robert M. Dow, Jr. <br><br> Magistrate – Judge Geraldine Soat Brown |

## STIPULATION REGARDING DOCUMENT BATES LABELED POSITEC 002280-2282

As set forth below, Plaintiffs, The Black & Decker Corporation, Black & Decker Inc., and Black & Decker (U.S.) Inc. ("Plaintiffs"), and Defendants, Positec USA Inc. and RW Direct, Inc. ("Defendants"), hereby stipulate to the following:

1. Document Bates labeled POSITEC002280-2282, and identified as Plaintiffs' trial exhibit PX-68, was previously produced with portions redacted that were protected by the attorney client privilege and identified in Defendants' privilege log.

2. Defendants agree to produce an unredacted version of PX-68 which can be used at trial and hereby waive the attorney client privilege with respect to the specific communications between Felix Zhao and Tom Duncan and between Bill Yang and Felix Zhao contained therein.

3. The parties agree that the production of the unredacted version of PX-68 does not serve as a waiver of the attorney client privilege as to Defendants with respect to any other document, testimony or issue of any kind.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/Raymond P. Niro, Jr.* | /s/*Brian P. McGraw* |
| Raymond P. Niro, Jr.<br>Kyle D. Wallenberg<br>NIRO McANDREWS, LLC<br>200 W. Madison Street, Suite 2040<br>Chicago, IL 60606<br>(312) 755-8575<br>Fax: (312) 674-7481<br>rnirojr@niro-mcandrews.com<br>kwallenberg@niro-mcandrews.com | Dennis D. Murrell<br>Robert J. Theuerkauf<br>Brian P. McGraw<br>MIDDLETON REUTLINGER<br>401 S. Fourth Street, Suite 2600<br>Louisville, KY 40202<br>dmurrell@middletonlaw.com<br>RJT@MiddletonLaw.com<br>bmcgraw@middletonlaw.com |
| *Attorneys for Plaintiffs* | J. Aron Carnahan<br>HUSCH BLACKWELL LLP<br>120 S. Riverside Plaza, Suite 2200<br>Chicago, IL 60606<br>aron.carnahan@huschblackwell.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of September, 2015, the foregoing supplemental memorandum was filed according to the rules of Electronic Court Filing (ECF) in effect for the Northern District of Illinois – Eastern Division, which ECF system will provide a copy of same to all persons registered to receive service in this case.

*/s/ Brian McGraw*
*Counsel for Defendants*