IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BLACK & DECKER CORPORATION, BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> POSITEC USA INC. and RW DIRECT, INC. <br><br> Defendants. | Case No. 1:11-cv-05426 <br><br> Judge Robert M. Dow, Jr. <br> Magistrate-Judge Geraldine Soat Brown |

## PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT ON THE JURY VERDICT

Pursuant to Rule 58(b)(2)(A) of the Federal Rules of Civil Procedure, Plaintiffs, The Black & Decker Corporation, Black & Decker Inc. and Black & Decker (U.S.) Inc. ("Plaintiffs"), respectfully request that the Court enter judgment in this case on the jury verdict (Dkt. #215)[1] *nunc pro tunc* to October 5, 2015, the date the jury verdict was entered. Pursuant to Rules 58(a) and (d) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that the Court set out its entry of judgment in a separate document. Understanding that this Court likely will use Form ILND 450 (Rev. 10/13) entitled *Judgment in a Civil Action* to set out the judgment in this case, Plaintiffs submit proposed language for such judgment concurrently herewith. Plaintiffs have also submitted concurrently herewith a Proposed Order granting this motion.

Respectfully submitted,

*/s/ Matthew G. McAndrews*
Raymond P. Niro, Jr.
Matthew G. McAndrews

---

[1] From the transcript of the proceedings following the jury verdict on October 5, 2015, it appears the Court intended to "enter[] judgment on the verdict . . ." the same day. (Trial Tr. 1045:15-16, Ex. A hereto.) This is also apparent because the Court set November 2, 2015 as the deadline for post-trial motions, 28 days after the October 5, 2015 verdict, and confirmed that this deadline could not be extended. (*Id.* 1045:16-20, Ex. A hereto.)

Kyle D. Wallenberg
NIRO McANDREWS, LLC
200 W. Madison Street, Suite 2040
Chicago, IL 60606
(312) 755-8575
Fax: (312) 674-7481
rnirojr@niro-mcandrews.com
mmcandrews@niro-mcandrews.com
kwallenberg@niro-mcandrews.com

*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on October 19, 2015 the foregoing

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT ON THE JURY VERDICT**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| J. Aron Carnahan<br>HUSCH BLACKWELL LLP<br>120 S. Riverside Plaza, 22nd Fl.<br>Chicago, IL 60606<br>aron.carnahan@huschblackwell.com | Henry S. Alford<br>Scot A. Duvall<br>Brian P. McGraw<br>Dennis D. Murrell<br>Robert J. Theuerkauf<br>MIDDLETON REUTLINGER<br>401 S. Fourth Street<br>2500 Brown & Williamson Tower<br>Louisville, KY  40202<br>HAlford@MiddletonLaw.com<br>SDuvall@MiddletonLaw.com<br>BMcGraw@MiddletonLaw.com<br>DMurrell@MiddletonLaw.com<br>RJT@MiddletonLaw.com |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                             */s/ Matthew G. McAndrews*
                                             Attorney for Plaintiffs
                                             NIRO McANDREWS, LLC