IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Black & Decker Corporation, Black & Decker Inc. and Black & Decker (U.S.) Inc. , <br><br> Plaintiff(s), <br><br> v. <br><br> Positec USA Inc. and RW Direct Inc., <br><br> Defendant(s). | Case No. 11-cv-5426 <br> Judge Robert M. Dow |

## **ORDER**

Defendants' motion for a new trial [228] is granted; Defendants' motion for judgment notwithstanding the verdict [230] is denied; Defendants' motion to strike jury demand [229] is denied as premature; and Plaintiffs' post-trial motions relating to remedies and damages [220], [224], [225], [226], and Defendants' motion to set profits award [227] are denied as moot. This case is set for status hearing on September 26, 2017 at 10:00 a.m. For further details see the Memorandum Opinion and Order.

Date: 9/11/2017                                                                                  Judge Robert M. Dow, Jr.,