**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., and BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> POSITEC USA, INC. and RW DIRECT, INC., <br><br> Defendants. | Case No. 1:11-cv-05426 <br><br> Judge Robert M. Dow, Jr. <br> Magistrate Judge Geraldine Soat Brown |

## JOINT STATUS REPORT

Plaintiffs, The Black & Decker Corporation, Black & Decker, Inc., and Black & Decker (U.S.) Inc. ("Plaintiffs"), and Defendants, Positec USA, Inc. and RW Direct, Inc. ("Defendants") (collectively, Plaintiffs and Defendants are referred to herein as the "Parties"), jointly submit this Status Report pursuant to the Court's Order dated July 24, 2018 (Dkt. #299). The Parties have met and conferred and propose the following schedule for the Court's consideration:

| Event | Parties' Proposed Dates |
|---|---|
| Plaintiffs' New Survey Expert Reports | September 21, 2018 |
| Defendants' New Rebuttal Survey Expert Reports | January 18, 2019 |
| Close of Expert Discovery (and any follow-up fact discovery)[1] | February 28, 2019 |
| Status Hearing | March 5, 2019 at 10:00 a.m., or another date convenient for the Court |

---

[1] Per the Court's July 24, 2018 Order, any party that desires to reopen fact discovery agrees to "file an appropriate motion explaining with specificity what additional fact discovery it wishes to take." (Dkt. #299.)

Dated: August 9, 2018

Respectfully submitted,

/s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
Matthew G. McAndrews
Kyle D. Wallenberg
NIRO McANDREWS, LLC
200 W. Madison Street, Suite 2040
Chicago, IL 60606
(312) 755-8575
Fax: (312) 674-7481
rnirojr@niro-mcandrews.com
mmcandrews@niro-mcandrews.com
kwallenberg@niro-mcandrews.com

*On behalf of Plaintiffs*

/s/ Gerard M. Donovan
Brian D. Roche
Jennifer Y. DePriest
Gerard M. Donovan
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Tel:   (312) 207-2405
Fax:   (312) 207-6400
broche@reedsmith.com
jdepriest@reedsmith.com
gdonovan@reedsmith.com

*On behalf of Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on all known parties on this 9th day of August, 2018.

                                      */s/ Raymond P. Niro, Jr.*
                                      Raymond P. Niro, Jr.
                                      Matthew G. McAndrews
                                      Kyle D. Wallenberg
                                      NIRO McANDREWS, LLC
                                      200 W. Madison Street, Suite 2040
                                      Chicago, IL 60606
                                      (312) 755-8575
                                      Fax: (312) 674-7481
                                      rnirojr@niro-mcandrews.com
                                      mmcandrews@niro-mcandrews.com
                                      kwallenberg@niro-mcandrews.com

                                      *On behalf of Plaintiffs*