# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| The Black & Decker Corporation, et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> Positec USA Inc. , <br><br> Defendant(s). | Case No.  11-cv-5426 <br> Judge  Robert M. Dow |

## ORDER

Status hearing held. Defendant's motion for summary judgment is due 5/31/2019; Plaintiff's response is due 6/28/2019; Defendant's reply is due 7/26/2019.  Parties are given up to and including 30 pages for opening and response briefs and 15 pages for the reply brief.

:05

Date:  4/17/2019                                                               /s/ Judge Dow